IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIBU MEDIA, LLC <br> & <br> PATRCIK COLLINS, INC. <br> Plaintiffs <br><br> v. <br><br> JOHN DOES 1 – 14, <br> Defendants | Civil No.: 2:12-cv-02084-MMB <br><br><br><br><br><br> Hon. Michael M. Baylson |

COMES NOW Defendant John Doe 6, by and through counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(1), moves the Court to dismiss certain counts of infringement due a lack of standing. Specifically, Plaintiff Malibu Media does not hold a lawful copyright on the videos titled, *Carlie: Beautiful Blowjob, Tiffany: Teenagers in Love*, and *Kristen: Girl Next Door*.

John Doe 6 also moves to dismiss the entire complaint under Rule 12(b)(1) for lack of standing; specifically nether Malibu Media nor Patrick Collins have obtained the necessary certificate of authority from the Pennsylvania Department of State, and are therefore barred from commencing a civil action in Pennsylvania under 15 Pa.C.S.A. §§4141 & 8587.

WHEREFORE, Defendant John Doe 6 prays that the Court enter an order granting the requested relief.

Dated this sixteenth day of November, 2012.

/S/ CHARLES THOMAS, JR.
Charles Thomas, Jr., Esq.
Attorney for John Doe 6

The Thomas Firm

1

        117 West Gay Street  
        Suite 316  
        West Chester, PA 19380  
        877-397-3003  
        ct@thomastrials.com  
        Attorney ID: 89781

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIBU MEDIA, LLC<br>&<br>PATRCIK COLLINS, INC.<br>           Plaintiffs | Civil No.: 2:12-cv-02084-MMB |
| v. | |
| JOHN DOES 1 – 14,<br>           Defendants | Hon. Michael M. Baylson |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that he filed the foregoing Motion to Quash and/or Sever on November 16, 2012 via the Court's CM/ECF filing system, thereby serving all parties of record.

Respectfully submitted,

/S/ CHARLES THOMAS, JR.
Charles Thomas, Jr., Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIBU MEDIA, LLC <br> & <br> PATRCIK COLLINS, INC. <br> Plaintiffs <br><br> v. <br><br> JOHN DOES 1 – 14, <br> Defendants | Civil No.: 2:12-cv-02084-MMB <br><br><br><br><br><br> Hon. Michael M. Baylson |

PROPOSED FORM OF ORDER

AND NOW, this _____ day of November, 2012, it is hereby ORDERED that the amended complaint is DISMISSED.

BY THE COURT,

_____
MICHAEL M. BAYLSON
United States District Judge