UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------------X
                                                             :
MALIBU MEDIA, LLC, and PATRICK                               :
COLLINS, INC.,                                               :
                                                             :   Civil Action No. 2:12-cv-02084-MMB
                              Plaintiffs,                    :
                                                             :
              vs.                                            :
                                                             :
                                                             :
JOHN DOE 6,                                                  :
                                                             :
                              Defendant.                     :
                                                             :
-------------------------------------------------------------X
```

### PLAINTIFF, PATRICK COLLINS, INC.'S, NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOE 6

**PLEASE TAKE NOTICE,** Plaintiff, Patrick Collins, Inc., hereby voluntary dismisses its claims against John Doe 6 without prejudice. For the avoidance of doubt, this dismissal pertains only to Patrick Collins's claims against John Doe 6. Plaintiff Malibu Media, LLC has not dismissed any of its claims against John Doe 6.

Dated: December 4, 2012

                                            Respectfully submitted,

                                            FIORE & BARBER, LLC

                    By:    /s/ *Christopher P. Fiore*
                              Christopher P. Fiore, Esquire
                              Aman M. Barber, III, Esquire
                              Attorneys for Plaintiff
                              425 Main Street, Suite 200
                              Harleysville, PA 19438
                              Tel: (215) 256-0205
                              Fax: (215) 256-9205
                              Email: cfiore@fiorebarber.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of December, 2012, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF and on all of those parities receiving electronic notification via the Court's CM/ECF electronic filing.

By: /s/ *Christopher P. Fiore*