**Google Transparency Report**
**http://www.google.com/transparencyreport/removals/copyright/owners/7139/Malibu-Media-LLC/**



EXHIBIT 1

**Sample of Plaintiff's DMCA Take Downs and Report**

The below report was submitted to Plaintiff on behalf of its DMCA agent.  Plaintiff receives a similar report approximately every two days.   This report was submitted on October 1, 2012.

Hi Brigham & Colette,

Today I did quite a bit of work on the DMCA front, checking out the usual spots as well as doing some Google and Filestube investigation.  Along the way I came across a site that had a large number of updates uploaded to several filesharing services.  Adultdll.com took a while to research but I got everything cleared out and DMCA notices.  I have send a DMCA to Google to suppress their links.  Once its approved, I will work on getting the posts down and elevate it to a hosting claim if necessary.

Here's a breakdown;

1124 FILES (252.9 GIGS)

1 THREAD FROM PLANETSUZY
6 POSTS FROM SEAPORN.ORG
6 LINKS FROM PASTEBIN
33 FILES (8.04 GIGS) FROM BAYFILES
2 FILES (83 MEGS) FROM BITSHARE
125 FILES (5.02 GIGS) FROM DEPOSITFILES
69 FILES (26.62 GIGS) FROM EXTABIT
34 FILES (10.06 GIGS) FROM FILEBOX
12 FILES (4.02 GIG) FROM FILEFACTORY
61 FILES (5.81 GIGS) FROM FREAKSHARE
1 FILE (114 MEGS) FROM HITFILE
32 FILES (1.35 GIGS) FROM MEGASHARES
129 FILES (12.95 GIGS) FROM MINUS
65 FILES (5.87 GIGS) FROM MULTIUPLOAD
2 FILES (1.45 GIGS) FROM NETLOAD
135 FILES (46.78 GIGS) FROM PUTLOCKER
105 FILES (26.20 GIGS) FROM RAPIDGATOR
76 FILES (22.56 GIGS) FROM RAPIDSHARE
31 FILES (11.50 GIGS) FROM RYUSHARE
2 FILES (785 MEGS) FROM SECUREUPLOAD
2 FILES (1.65 GIGS) FROM SHAREFLARE
70 FILES (26.78 GIGS) FROM SHARE-ONLINE
26 files (9.02 GIGS) FROM TURBOBIT
2 FILES (785 MEGS) FROM ULTRAMEGABIT
66 FILES (22.16 GIGS) FROM UPLOADED
2 FILES (99 MEGS) FROM UPLOADING
42 FILES (3.82 GIGS) FROM ZIPPYSHARE

381 SE LINKS FROM GOOGLE

--------

PASTEBIN

--------

6 LINKS

CRS2679

http://pastebin.com/1HhWhD2w

http://pastebin.com/5xqqh3Ym

http://pastebin.com/d9G7hWTc

http://pastebin.com/rNiixPrr

http://pastebin.com/xcBwnZ7b

http://pastebin.com/XtESNtAE

--------

BAYFILES

--------

33 FILES (8.04 GIGS)

CRS2680

http://bayfiles.com/file/cLiL/nQ9yVn/1xMS9LKVi8eP263PUe4XAlslE.part1.rar

http://bayfiles.com/file/cLiT/ve9Zf4/1xMS9LKVi8eP263PUe4XAlslE.part2.rar

http://bayfiles.com/file/esQH/M7cmRh/oBTmvSax1vx4RVRqYjr30tY4i.part2.rar

http://bayfiles.com/file/gk9N/l1zCHp/upnOCffD5VFoSj9JI5SBv7Hmv.part1.rar

http://bayfiles.com/file/gk9P/C7D6T4/upnOCffD5VFoSj9JI5SBv7Hmv.part2.rar

http://bayfiles.com/file/gk9V/5XrgvQ/upnOCffD5VFoSj9JI5SBv7Hmv.part3.rar

http://bayfiles.com/file/h39F/3RDXnc/tEn79UwyYhagrWQ4QWsWpzZab.part2.rar

http://bayfiles.com/file/h39N/rdxSyN/tEn79UwyYhagrWQ4QWsWpzZab.part3.rar

http://bayfiles.com/file/hisd/Q6uC4J/a1cpV7xsNVlQ8xRmOqVT00gBZ.part1.rar

http://bayfiles.com/file/hisF/jChCBR/a1cpV7xsNVlQ8xRmOqVT00gBZ.part2.rar

http://bayfiles.com/file/hisJ/cFTSdP/a1cpV7xsNVlQ8xRmOqVT00gBZ.part3.rar

http://bayfiles.com/file/hSJj/8xd5u7/FrPQTu2sUwe2SaIBnNhQUnlqc.part1.rar

http://bayfiles.com/file/hSNX/WzFVS7/FrPQTu2sUwe2SaIBnNhQUnlqc.part2.rar

http://bayfiles.com/file/hSPV/Jd2rJa/FrPQTu2sUwe2SaIBnNhQUnlqc.part3.rar

http://bayfiles.com/file/hWhn/W1ijsI/cdpOp8KbMRLEnyozvO04pYbwQ.rar

http://bayfiles.com/file/ia1L/hzGKfT/jukU2VgUdvJ7OgILtSmtQxnOZ.rar

http://bayfiles.com/file/iwGP/aUCqeh/DpAq5JpLWaq6QMUmWJ2EPg1Tn.part1.rar

http://bayfiles.com/file/iwHN/9Zl2oI/DpAq5JpLWaq6QMUmWJ2EPg1Tn.part2.rar

http://bayfiles.com/file/iwHR/8X8s6v/DpAq5JpLWaq6QMUmWJ2EPg1Tn.part3.rar

http://bayfiles.com/file/j1ol/kbnpa2/LFbqynYU4HbN3KzXsDvxRm7iN.rar

http://bayfiles.com/file/j7Sh/0giw70/njXY5CqxZE07rr3wcUFO8RBeJ.part1.rar

http://bayfiles.com/file/j7T7/Rni3Gh/njXY5CqxZE07rr3wcUFO8RBeJ.part2.rar

http://bayfiles.com/file/j7Vd/dL2mPl/njXY5CqxZE07rr3wcUFO8RBeJ.part3.rar

http://bayfiles.com/file/lGYf/QmSLc9/M_Fd8GYoQ8fZPEqWIB9qtUDAnEi.part1.rar

http://bayfiles.com/file/lGYH/eaF3fu/M_Fd8GYoQ8fZPEqWIB9qtUDAnEi.part4.rar

http://bayfiles.com/file/lGYv/Zmr5EQ/M_Fd8GYoQ8fZPEqWIB9qtUDAnEi.part2.rar

http://bayfiles.com/file/lHLF/y7TnLL/M_dWDuAKKGfSmJsNdA3dlGWbhdp.part11.rar

http://bayfiles.com/file/lHMH/ubiYIW/M_dWDuAKKGfSmJsNdA3dlGWbhdp.part03.rar

http://bayfiles.com/file/lHQ3/bnhLTF/M_dWDuAKKGfSmJsNdA3dlGWbhdp.part05.rar

http://bayfiles.com/file/lHRZ/iDrBxs/M_dWDuAKKGfSmJsNdA3dlGWbhdp.part10.rar

http://bayfiles.com/file/lHSH/iNDk28/M_dWDuAKKGfSmJsNdA3dlGWbhdp.part08.rar


FOUND AT

http://adultddl.ws/2012/06/11/x-art-12-06-11-stefanie-and-suzie-c-sapphic-experience-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/06/25/x-art-12-06-24-kristen-happy-couple-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/07/11/x-art-12-07-11-grace-pure-grace-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/07/20/x-art-12-07-20-ivy-wet-dream-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/07/24/x-art-12-07-24-gianna-morning-tryst-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/07/25/x-art-com-12-07-24-abby-private-time-xxx-imageset-fugli/

http://adultddl.ws/2012/07/27/x-art-12-07-26-kiera-and-avril-come-to-my-window-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/07/30/x-art-12-07-29-silvie-transcendence-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/08/03/x-art-12-08-03-mary-white-hot-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/08/04/x-art-12-08-03-jessie-farewell-xxx-1080p-mp4-ktr/

http://adultddl.ws/2012/09/12/x-art-12-08-03-mary-white-hot-xxx-1080p-mov-ktr-2/

http://adultddl.ws/2012/09/12/x-art-12-08-15-caprice-and-anneli-threes-company-xxx-1080p-mp4-ktr-2/


--------

BITSHARE

--------

2 FILES (83 MEGS)

CRS2681


http://bitshare.com/files/4fnwvwsb/x.art.sunshine.supertight.lrg.xXx.4000.px.zip.html

http://bitshare.com/files/2uatg7d5/x.art.nicole.unzipped.lrg.xXx.4000.px.zip.html


FOUND AT

http://www.filestube.com/4jeDExBky7pek39K5u5MnP/x-art-sunshine-supertight-lrg-xXx-4000-px.html

http://www.filestube.com/922RX8KTja6dbPEW3Muts9/x-art-nicole-unzipped-lrg-xXx-4000-px.html


------------

DEPOSITFILES

------------

125 FILES (5.02 GIGS)

CRS2682


http://depositfiles.com/files/i5cb3ogus

http://depositfiles.com/files/fchlk318p

http://depositfiles.com/files/kwxykembl

http://depositfiles.com/files/pkfgsw3q9

http://depositfiles.com/files/zi92j5t3u

http://depositfiles.com/files/t52avuyvj

http://depositfiles.com/files/ouz2onxih

http://depositfiles.com/files/0ak1ovzb8

http://depositfiles.com/files/139r40cz0

http://depositfiles.com/files/3myudyk5z

http://depositfiles.com/files/44lhia8fd

http://depositfiles.com/files/48qkmumq5

http://depositfiles.com/files/4dcox7893

http://depositfiles.com/files/4iku8zsgg

http://depositfiles.com/files/4uyk0biyy

http://depositfiles.com/files/564bmlna4

http://depositfiles.com/files/67d88z23v

http://depositfiles.com/files/6l7tbe4os

http://depositfiles.com/files/742n3tx42

http://depositfiles.com/files/8f8eyzebf

http://depositfiles.com/files/8kqaui3is

http://depositfiles.com/files/a47unn6ir

http://depositfiles.com/files/b5j6is1fx

http://depositfiles.com/files/cv7rhn7yr

http://depositfiles.com/files/d98vch4g6

http://depositfiles.com/files/dvwbl9ccj

http://depositfiles.com/files/f4de2cw3m

http://depositfiles.com/files/fkplgs1x5

http://depositfiles.com/files/fzdhhh5bl

http://depositfiles.com/files/g0zt01gi4

http://depositfiles.com/files/gnl5166da

http://depositfiles.com/files/hhr8kqm6a

http://depositfiles.com/files/l3v0p5v2o

http://depositfiles.com/files/mijw8qnur

http://depositfiles.com/files/mv49dwd8j

http://depositfiles.com/files/n56gfh7ie

http://depositfiles.com/files/odvy2b7vx

http://depositfiles.com/files/otcd7u3yf

http://depositfiles.com/files/rvirwfu4s

http://depositfiles.com/files/tba0lqg15

http://depositfiles.com/files/tcbp1a2sy

http://depositfiles.com/files/uyeyg59sv

http://depositfiles.com/files/v0mddltbz

http://depositfiles.com/files/v9xdo5lzv

http://depositfiles.com/files/vqex5pgyx

http://depositfiles.com/files/wfh4wsyto

http://depositfiles.com/files/y0ouqeqdy

http://depositfiles.com/files/ylxmgbke7

http://depositfiles.com/files/0q1nrovho

http://depositfiles.com/files/17usxzzut

http://depositfiles.com/files/35uukum8r

http://depositfiles.com/files/5j0z8wjtw

http://depositfiles.com/files/5jyw1ox0a

http://depositfiles.com/files/6llrqdupw

http://depositfiles.com/files/874kdrr7x

http://depositfiles.com/files/8i2jgdypv

http://depositfiles.com/files/asf8cqi0w

http://depositfiles.com/files/bd1pb52lt

http://depositfiles.com/files/divk5pwh1

http://depositfiles.com/files/flsmp2w68

http://depositfiles.com/files/g5xg3jlos

http://depositfiles.com/files/gzjl391qf

http://depositfiles.com/files/j5341cu6j

http://depositfiles.com/files/j7sp14462

http://depositfiles.com/files/lz824jjk2

http://depositfiles.com/files/n6ji7s02n

http://depositfiles.com/files/o65jywcxc

http://depositfiles.com/files/olqtk0q5g

http://depositfiles.com/files/qeycp5vrd

http://depositfiles.com/files/s1mqrorn5

http://depositfiles.com/files/vq6kkhfro

http://depositfiles.com/files/w9oujfebm

http://depositfiles.com/files/wptqc8mul

http://depositfiles.com/files/x9uhk7912

http://depositfiles.com/files/yxl6533jj

http://depositfiles.com/files/1x37r2z60

http://depositfiles.com/files/3ubzjbb6a

http://depositfiles.com/files/7u2hi18ms

http://depositfiles.com/files/8lm4uxyc0

http://depositfiles.com/files/92dd9qtbq

http://depositfiles.com/files/9og2ugcdu

http://depositfiles.com/files/b2hgidvl9

http://depositfiles.com/files/ey7vs84po

http://depositfiles.com/files/ez1bcu2b1

http://depositfiles.com/files/garxd559a

http://depositfiles.com/files/khjdh8999

http://depositfiles.com/files/m87o606e1

http://depositfiles.com/files/nk21y5qic

http://depositfiles.com/files/ov30wmfzl

http://depositfiles.com/files/p908oy737

http://depositfiles.com/files/qyjihvlb0

http://depositfiles.com/files/suiiscv50

http://depositfiles.com/files/svh6wtvbr

http://depositfiles.com/files/u85zqgcfz

http://depositfiles.com/files/viuimevsy

http://depositfiles.com/files/vrh20o1on

http://depositfiles.com/files/xyyfji0nz

http://depositfiles.com/files/zhx5kidyu

http://depositfiles.com/files/09qoh67mn

http://depositfiles.com/files/21eabulod

http://depositfiles.com/files/2d4snq1hs

http://depositfiles.com/files/78yp77amu

http://depositfiles.com/files/7aj4oiwso

http://depositfiles.com/files/9bv4sludc

http://depositfiles.com/files/aa83wkoa1

http://depositfiles.com/files/de12n43gs

http://depositfiles.com/files/f4v1sljuw

http://depositfiles.com/files/h6vzg89bq

http://depositfiles.com/files/iply8tsg1

http://depositfiles.com/files/k2w136met

http://depositfiles.com/files/limmziddg

http://depositfiles.com/files/lqn2irn8k

http://depositfiles.com/files/phicbjfr3

http://depositfiles.com/files/q8bvymw77

http://depositfiles.com/files/w6j2j067z

http://depositfiles.com/files/w7zxq94u1

http://depositfiles.com/files/yjpsyj0oq

http://depositfiles.com/files/z0vm0dv3j

http://depositfiles.com/files/z92lh21jp

http://depositfiles.com/files/zbly9twsg

http://depositfiles.com/files/zgju76wxh

http://depositfiles.com/files/3xzse50j7

http://depositfiles.com/files/jnqupt6u3

http://depositfiles.com/files/ldgmq4n40

http://depositfiles.com/files/mri1wt123

FOUND AT

http://www.filestube.com/45RqkJxDxWfgwbjvRPBiM/x-art-malena-delicious-lrg.html

http://www.filestube.com/7C5FSo8WxK5nnlivSGt3ud/x-art-katka-bananas-lrg.html

http://www.filestube.com/82zLWksr79srfo1mEPzy90/x-art-nicole-unzipped-lrg.html

http://www.filestube.com/depositfiles/eJ0Q54W8HF9Xy2LMBp6H3y/x-art-linsay-pretty-backdoor-baby-720-wmv-001.html

http://www.filestube.com/depositfiles/VmKEL49VfkbMeyjAz3vD8/xapbdbl.html

http://www.filestube.com/dhDVEoP1E14o4GWw7GfBpX/x-art-jewel-deeper-lrg.html

http://www.intporn.com/forums/models-babes/1573070-x-art-regular-updated.html#post3468986

http://www.intporn.com/forums/models-babes/1573070-x-art-regular-updated-2.html

http://www.intporn.com/forums/models-babes/1573070-x-art-regular-updated-3.html

http://www.intporn.com/forums/models-babes/1573070-x-art-regular-updated-4.html

http://www.intporn.com/forums/models-babes/1573070-x-art-regular-updated-5.html

-------

EXTABIT

-------

69 FILES (26.62 GIGS)

CRS2683

http://extabit.com/file/28whhtjrshqq7

http://extabit.com/file/28whhtjrshqsv

http://extabit.com/file/28whhtjrshqtb

http://extabit.com/file/28whbjb535jin

http://extabit.com/file/28whbjb535jjz

http://extabit.com/file/28whbjb535jnz

http://extabit.com/file/28whbgoxhdpy7

http://extabit.com/file/28whbgoxheuxb

http://extabit.com/file/28whbjbik7srj

http://extabit.com/file/28whbjbik8lbz

http://extabit.com/file/28whbjbmug30f

http://extabit.com/file/28xrkiwutrzuo

http://extabit.com/file/28whbjbqys04e

http://extabit.com/file/28whbjbqys39a

http://extabit.com/file/28xre5zskor28

http://extabit.com/file/28xre5zskor4w

http://extabit.com/file/28xre5zskor5c

http://extabit.com/file/28whhsog71qi8

http://extabit.com/file/28whhugg84w5s

http://extabit.com/file/28whhyuwvm5c0

http://extabit.com/file/28whhyuwvm5cg

http://extabit.com/file/28whhyuwvm5cw

http://extabit.com/file/28whhyuwvm5e8

http://extabit.com/file/28whhyuwvm5eo

http://extabit.com/file/28whhyuwvm5f4

http://extabit.com/file/28xre5zskor40

http://extabit.com/file/28xre5zskor4g

http://extabit.com/file/28xs9fz94xryo

http://extabit.com/file/28whhyuwvm5dc

http://extabit.com/file/28whbjc4l6xgw

http://extabit.com/file/28xrkjrxfaprk

http://extabit.com/file/28whbgoxg5na7

http://extabit.com/file/28whbgoxhdpxr

http://extabit.com/file/28whbgoxheuxr

http://extabit.com/file/28whbgoxheuy7

http://extabit.com/file/28whbgoxi1f7j

http://extabit.com/file/28whbgoxjw8hr

http://extabit.com/file/28whbgoxjwhvz

http://extabit.com/file/28whbgoxjwhxb

http://extabit.com/file/28whbjbik8ofj

http://extabit.com/file/28whbjbmskkjz

http://extabit.com/file/28whhnf5cggwu

http://extabit.com/file/28whhtkvkzp2m

http://extabit.com/file/28whhnf5cggwu

http://extabit.com/file/28whhqyjf1u0u

http://extabit.com/file/28whhru88agha

http://extabit.com/file/28whhru88ammm

http://extabit.com/file/28whhru88amny

http://extabit.com/file/28whhru88ampq

http://extabit.com/file/28whhyt20m4q6

http://extabit.com/file/28whhyt1zdcsu

http://extabit.com/file/28whhyt1zdcta

http://extabit.com/file/28whhyt1zdctq

http://extabit.com/file/28whhyt1zdcu6

http://extabit.com/file/28whhq2h5cgsu

http://extabit.com/file/28whhnens2dji

http://extabit.com/file/28whhnens2n4u

http://extabit.com/file/28whhnens2n5a

http://extabit.com/file/28whhx35lg2hq

http://extabit.com/file/28whhx35lg2i6

http://extabit.com/file/28whhx35lg2im

http://extabit.com/file/28whhx35mpzda

http://extabit.com/file/28whhq2h5y8ri

http://extabit.com/file/28whhq2h5zh0e

http://extabit.com/file/28whhq2h5zh1a

http://extabit.com/file/28whhlo0j4lm6

http://extabit.com/file/28whhmjpg4bv2

http://extabit.com/file/28whhmjpg4bvi

http://extabit.com/file/28whhmjpg4by6


FOUND AT

http://desibbrg.com/forums/showthread.php?p=1209478

http://pastebin.com/d9G7hWTc

http://planetsuzy.org/showthread.php?t=613813

http://www.filestube.com/25cyCrodqrG5j4kd75q5Fo/file-10582912.html

http://www.filestube.com/extabit/1KnOMo8GuksN9u3tBTmCWp/xrtmayaphotofantasy540.html

http://www.filestube.com/extabit/3MeVpXQBaehHeqj0ISkQzx/x-art-grace-samantha-sneakn-peak-1080.html

http://www.filestube.com/extabit/4E8pQsPnM9mpkpwSiTLEn4/x-art-grace-angelic-1080.html

http://www.filestube.com/extabit/6KFnPNqIHN42Vvary1tHcz/x-art-grace-angelic-1080.html

http://www.filestube.com/extabit/8bLweUOQJJ04EijOdgO0Eu/x-art-grace-foot-fetish-1080.html

http://www.filestube.com/extabit/8Q61nb4Pl5mAehqmXfRzxL/x-art-grace-samantha-sneakn-peak-720.html

http://www.filestube.com/extabit/cPXDyAtI39QLjVbkjqDC6X/file-14743081.html

http://www.filestube.com/extabit/dRokBsh3UptaAksrtLtIwX/x-art-grace-angelic-1080.html

http://www.filestube.com/extabit/dTIqOpiSKVGHpb4XFDJQbi/X-Art-Grace-Linsay-Nastia.html

http://www.filestube.com/extabit/dxCSBK7fri51cw3pBUbDVr/x-art-bree-glamorous-lrg.html

http://www.intporn.com/forums/models-babes/3021551-rt.html

http://www.porn-w.org/topic5144375.html

http://www.porn-w.org/x-art-anneli-miss-perfect-25-09-2012-t5182079.html

http://www.porn-w.org/x-art-ariel-red-hot-ariel-14-09-2012-t5144375.html

http://www.porn-w.org/x-art-cindy-morning-memories-08-09-2012-t5128516.html

http://www.porn-w.org/x-art-cindy-morning-memories-720p-1080p-09-09-2012-t5132152.html

http://www.porn-w.org/x-art-gianna-black-lace-bliss-14-09-2012-t5159724.html

http://www.porn-w.org/x-art-gianna-black-lace-bliss-720p-1080p-19-09-2012-t5159756.html

http://www.porn-w.org/x-art-grace-amazing-grace-12-09-2012-t5138583.html

http://www.porn-w.org/x-art-grace-amazing-grace-720p-1080p-13-09-2012-t5143447.html

http://www.porn-w.org/x-art-kristen-in-bed-720p-1080p-21-09-2012-t5166280.html

http://www.porn-w.org/x-art-leila-three-for-the-show-20-09-2012-t5166261.html

http://www.porn-w.org/x-art-silvie-classic-beauty-720p-1080p-12-09-2012-t5138536.html

http://www.porn-w.org/x-art-silvie-kaylee-underwater-lover-15-09-2012-t5149728.html

http://www.porn-w.org/x-art-silvie-kaylee-underwater-lover-720p-1080p-17-09-2012-t5153124.html


-------

FILEBOX

-------

34 FILES (10.06 GIGS)

CRS2684

http://www.filebox.com/kcwq267c1uzl

http://www.filebox.com/r1h218qow7r0

http://www.filebox.com/fi2l7q515c0f

http://www.filebox.com/mp8atpchmmvk

http://www.filebox.com/7jyz6ub8u1lw

http://www.filebox.com/byjlx6emd52h

http://www.filebox.com/poy6cv2kblsn

http://www.filebox.com/1e7kvf5s2uei

http://www.filebox.com/evyjav8lkp39

http://www.filebox.com/6gtvcrpm2awq

http://www.filebox.com/uczhid8tydr9

http://www.filebox.com/nam87iq6303o

http://www.filebox.com/jnpvckk09a9e

http://www.filebox.com/gv2sjlvw1x9b

http://www.filebox.com/2w8w45bhjrz7

http://www.filebox.com/9czh2vw79mpe

http://www.filebox.com/g96ory8rhk86

http://www.filebox.com/c3t1t8gi8vad

http://www.filebox.com/76744k02lwzb

http://www.filebox.com/lamkjgkbhl52

http://www.filebox.com/t7aqwasg6jht

http://www.filebox.com/vrl2mpfp9nbj

http://www.filebox.com/x192fnf2rb6p

http://www.filebox.com/ks7o8mixkz43

http://www.filebox.com/l51het7mtrrr

http://www.filebox.com/yl4335pzo5e4

http://www.filebox.com/75eaqof3myy6

http://www.filebox.com/fb3bsg3v29wy

http://www.filebox.com/pue5dgeuq9xb

http://www.filebox.com/0sjqzxnoqzdn

http://www.filebox.com/9g9j6v8jhepn

http://www.filebox.com/f8zxfj8eabvf

http://www.filebox.com/5ba8g7wcm68m

http://www.filebox.com/y8bc92cb9yed


FOUND AT

http://adultddl.ws/2012/08/04/x-art-12-08-03-jessie-farewell-xxx-1080p-mp4-ktr/

http://adultddl.ws/2012/08/10/x-art-12-08-10-susie-inspiration-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/08/15/x-art-12-08-15-caprice-and-anneli-threes-company-xxx-1080p-mp4-ktr/

http://adultddl.ws/2012/08/19/x-art-12-08-18-ivy-this-side-of-paradise-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/08/26/x-art-12-08-26-jessie-starting-over-xxx-1080p-mp4-ktr/

http://adultddl.ws/2012/08/29/x-art-12-08-28-mary-and-ariel-perfect-together-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/05/x-art-12-09-04-kaylee-first-love-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/08/x-art-com-12-09-08-cindy-and-tyler-morning-memories-xxx-imageset-fugli/

http://adultddl.ws/2012/09/12/x-art-12-08-03-mary-white-hot-xxx-1080p-mov-ktr-2/

http://adultddl.ws/2012/09/12/x-art-12-08-15-caprice-and-anneli-threes-company-xxx-1080p-mp4-ktr-2/

http://adultddl.ws/2012/09/12/x-art-com-12-09-11-grace-amazing-grace-xxx-imageset-fugli/

http://adultddl.ws/2012/09/14/x-art-12-09-10-cindy-morning-memories-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/14/x-art-12-09-11-silvie-classic-beauty-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/14/x-art-12-09-13-grace-amazing-grace-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/14/x-art-com-12-09-14-ariel-red-hot-ariel-xxx-imageset-fugli/

http://adultddl.ws/2012/09/17/x-art-12-09-17-silvie-and-kaylee-underwater-lover-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/21/x-art-12-09-19-gianna-black-lingerie-bliss-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/21/x-art-12-09-21-kristen-in-bed-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/26/x-art-com-12-09-25-anneli-miss-perfect-xxx-imageset-fugli/

http://adultddl.ws/2012/09/28/x-art-com-12-07-15-maya-backstage-xxx-imageset-p4l/

http://adultddl.ws/2012/09/28/x-art-com-12-09-27-maya-photo-fantasy-xxx-imageset-p4l/


-----------

FILEFACTORY

-----------

12 FILES (4.02 GIG)

CRS2685


http://www.filefactory.com/file/1kjw95assvun/n/c0whsPSH9Y24jdFQtTgAXNsuY.part2.rar

http://www.filefactory.com/file/44q8bslkbkmv/n/c0whsPSH9Y24jdFQtTgAXNsuY.part3.rar

http://www.filefactory.com/file/4ilxqj4r3hy5/n/c0whsPSH9Y24jdFQtTgAXNsuY.part1.rar

http://www.filefactory.com/file/65bvmj81lkkr/n/kKkS6i35X5sHxLJY67h4zYffu.part2.rar

http://www.filefactory.com/file/ntzk45aeb4b/n/kKkS6i35X5sHxLJY67h4zYffu.part1.rar

http://www.filefactory.com/file/1op7biesjifb/n/mhPY06lTc2aOjFLSbQnZZ103x.rar

http://www.filefactory.com/file/nf8jhv1ymh9/n/Xz30PyIyos6mYvbC16SsY2ibE.rar

http://www.filefactory.com/file/c277d4d/n/x-art.com_-_2012-01_-_x-art_silvie_centerfold-lrg.rar

http://www.filefactory.com/file/5j5er3t9xlb/

http://www.filefactory.com/file/5q87193e75av/

http://www.filefactory.com/file/5h5fibxgg3jn/

http://www.filefactory.com/file/697y8mxc7ngt/

FOUND AT

http://adultddl.ws/2012/09/21/x-art-12-09-19-gianna-black-lingerie-bliss-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/21/x-art-12-09-21-kristen-in-bed-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/28/x-art-com-12-07-15-maya-backstage-xxx-imageset-p4l/

http://adultddl.ws/2012/09/28/x-art-com-12-09-27-maya-photo-fantasy-xxx-imageset-p4l/

http://www.filestube.com/adWKAnybMwprcz9mEkrXOE/x-art-com-2012-01-x-art-silvie-centerfold-lrg.html

http://www.filestube.com/filefactory/5HisFRFhuDKyywmblC1IVz/X-art-Grace-Samantha-Sneak-n-Peek-June-1.html

http://www.filestube.com/filefactory/9qyOnktaU6LhUpnv9ICFFb/X-Art-Grace-Breakfast-in-Bed-SD-APril-16.html

http://www.filestube.com/filefactory/aSPicaLOh5KAAfx9zaaoSV/X-Art-Grace-in-Breakfast-in-Bed.html

http://www.filestube.com/filefactory/cUPbLWx9N4ygnEWSIjXLuM/X-Art-Grace-Breakfast-in-Bed-APril-16-1080p-HD.html


----------

FREAKSHARE

----------

61 FILES (5.81 GIGS)

CRS2686


http://freakshare.com/files/0r9yui3o/M_Fd8GYoQ8fZPEqWIB9qtUDAnEi.part1.rar.html

http://freakshare.com/files/3o0lreig/M_Fd8GYoQ8fZPEqWIB9qtUDAnEi.part4.rar.html

http://freakshare.com/files/4dmf6jcj/M_Fd8GYoQ8fZPEqWIB9qtUDAnEi.part2.rar.html

http://freakshare.com/files/94vvdmje/M_Fd8GYoQ8fZPEqWIB9qtUDAnEi.part3.rar.html

http://freakshare.com/files/2qqxat0j/M_dWDuAKKGfSmJsNdA3dlGWbhdp.part05.rar.html

http://freakshare.com/files/8e4fp02q/M_dWDuAKKGfSmJsNdA3dlGWbhdp.part06.rar.html

http://freakshare.com/files/apvivxgl/M_dWDuAKKGfSmJsNdA3dlGWbhdp.part01.rar.html

http://freakshare.com/files/jl259ce7/M_dWDuAKKGfSmJsNdA3dlGWbhdp.part07.rar.html

http://freakshare.com/files/kr5f6gei/M_dWDuAKKGfSmJsNdA3dlGWbhdp.part03.rar.html

http://freakshare.com/files/ky3fkg9q/M_dWDuAKKGfSmJsNdA3dlGWbhdp.part10.rar.html

http://freakshare.com/files/mvb2yaxx/M_dWDuAKKGfSmJsNdA3dlGWbhdp.part09.rar.html

http://freakshare.com/files/os96qlyi/M_dWDuAKKGfSmJsNdA3dlGWbhdp.part04.rar.html

http://freakshare.com/files/ry4bg7wt/M_dWDuAKKGfSmJsNdA3dlGWbhdp.part11.rar.html

http://freakshare.com/files/t3v2uwjd/M_dWDuAKKGfSmJsNdA3dlGWbhdp.part08.rar.html

http://freakshare.com/files/xukpbsq8/M_dWDuAKKGfSmJsNdA3dlGWbhdp.part02.rar.html

http://freakshare.com/files/0gh3bl74/M_M1KOHC6clGQeHpDCrdWbSG8IU.part08.rar.html

http://freakshare.com/files/3g1pf1hu/M_M1KOHC6clGQeHpDCrdWbSG8IU.part01.rar.html

http://freakshare.com/files/5n6mjqk5/M_M1KOHC6clGQeHpDCrdWbSG8IU.part04.rar.html

http://freakshare.com/files/blb57ncd/M_M1KOHC6clGQeHpDCrdWbSG8IU.part07.rar.html

http://freakshare.com/files/inlfp5s2/M_M1KOHC6clGQeHpDCrdWbSG8IU.part02.rar.html

http://freakshare.com/files/q75fvcna/M_M1KOHC6clGQeHpDCrdWbSG8IU.part09.rar.html

http://freakshare.com/files/us4a1a8c/M_M1KOHC6clGQeHpDCrdWbSG8IU.part06.rar.html

http://freakshare.com/files/w046craj/M_M1KOHC6clGQeHpDCrdWbSG8IU.part05.rar.html

http://freakshare.com/files/x3pf1dvu/M_M1KOHC6clGQeHpDCrdWbSG8IU.part03.rar.html

http://freakshare.com/files/163abaks/M_uEpBAsDzY0wFR5xlM2zVq3Mfw.part4.rar.html

http://freakshare.com/files/21awckwz/M_uEpBAsDzY0wFR5xlM2zVq3Mfw.part5.rar.html

http://freakshare.com/files/9dg8judg/M_uEpBAsDzY0wFR5xlM2zVq3Mfw.part2.rar.html

http://freakshare.com/files/jywvzvm5/M_uEpBAsDzY0wFR5xlM2zVq3Mfw.part1.rar.html

http://freakshare.com/files/n67mqjkh/M_uEpBAsDzY0wFR5xlM2zVq3Mfw.part3.rar.html

http://freakshare.com/files/u45wykzg/M_uEpBAsDzY0wFR5xlM2zVq3Mfw.part6.rar.html

http://freakshare.com/files/29bggfi0/M_4IkBD5XZYYS9NVvmyYbwPYV1H.part09.rar.html

http://freakshare.com/files/2m6wooh9/M_4IkBD5XZYYS9NVvmyYbwPYV1H.part02.rar.html

http://freakshare.com/files/4a0mi2ce/M_4IkBD5XZYYS9NVvmyYbwPYV1H.part06.rar.html

http://freakshare.com/files/ap2kvcoe/M_4IkBD5XZYYS9NVvmyYbwPYV1H.part03.rar.html

http://freakshare.com/files/hgmnp0sw/M_4IkBD5XZYYS9NVvmyYbwPYV1H.part05.rar.html

http://freakshare.com/files/i4u9e3yr/M_4IkBD5XZYYS9NVvmyYbwPYV1H.part08.rar.html

http://freakshare.com/files/r3wllyqo/M_4IkBD5XZYYS9NVvmyYbwPYV1H.part07.rar.html

http://freakshare.com/files/w5vtnvhp/M_4IkBD5XZYYS9NVvmyYbwPYV1H.part04.rar.html

http://freakshare.com/files/wdsvz9rm/M_4IkBD5XZYYS9NVvmyYbwPYV1H.part01.rar.html

http://freakshare.com/files/0i269y1j/M_c0whsPSH9Y24jdFQtTgAXNsuY.part03.rar.html

http://freakshare.com/files/4spg9xfu/M_c0whsPSH9Y24jdFQtTgAXNsuY.part07.rar.html

http://freakshare.com/files/7ildcmwu/M_c0whsPSH9Y24jdFQtTgAXNsuY.part08.rar.html

http://freakshare.com/files/glqdpurb/M_c0whsPSH9Y24jdFQtTgAXNsuY.part06.rar.html

http://freakshare.com/files/iiyztums/M_c0whsPSH9Y24jdFQtTgAXNsuY.part05.rar.html

http://freakshare.com/files/msbndqr3/M_c0whsPSH9Y24jdFQtTgAXNsuY.part04.rar.html

http://freakshare.com/files/ojucfrod/M_c0whsPSH9Y24jdFQtTgAXNsuY.part09.rar.html

http://freakshare.com/files/v6hh733p/M_c0whsPSH9Y24jdFQtTgAXNsuY.part02.rar.html

http://freakshare.com/files/zv0kthjq/M_c0whsPSH9Y24jdFQtTgAXNsuY.part10.rar.html

http://freakshare.com/files/aztnxnr8/M_kKkS6i35X5sHxLJY67h4zYffu.part3.rar.html

http://freakshare.com/files/gytnwyc9/M_kKkS6i35X5sHxLJY67h4zYffu.part2.rar.html

http://freakshare.com/files/iibwp872/M_kKkS6i35X5sHxLJY67h4zYffu.part1.rar.html

http://freakshare.com/files/oakglkut/M_kKkS6i35X5sHxLJY67h4zYffu.part5.rar.html

http://freakshare.com/files/uef08rlb/M_kKkS6i35X5sHxLJY67h4zYffu.part4.rar.html

http://freakshare.com/files/96v8nzwo/4Q4lVT4DJQQlXaJvO7pEesobO.rar.html

http://freakshare.com/files/c3ytxvmo/M_4Q4lVT4DJQQlXaJvO7pEesobO.rar.html

http://freakshare.com/files/d5b36ath/mhPY06lTc2aOjFLSbQnZZ103x.rar.html

http://freakshare.com/files/r2pbqmvu/M_mhPY06lTc2aOjFLSbQnZZ103x.rar.html

http://freakshare.com/files/f99uubyv/Xz30PyIyos6mYvbC16SsY2ibE.rar.html

http://freakshare.com/files/f9ay506f/M_Xz30PyIyos6mYvbC16SsY2ibE.rar.html

http://freakshare.com/files/56xyki1b/X20120928_MT-PF720p.rar.html

http://freakshare.com/files/s6df94pc/X20120927_MT-PF.rar.html


FOUND AT

http://adultddl.ws/2012/09/12/x-art-12-08-03-mary-white-hot-xxx-1080p-mov-ktr-2/

http://adultddl.ws/2012/09/12/x-art-12-08-15-caprice-and-anneli-threes-company-xxx-1080p-mp4-ktr-2/

http://adultddl.ws/2012/09/14/x-art-12-09-10-cindy-morning-memories-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/14/x-art-12-09-11-silvie-classic-beauty-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/14/x-art-12-09-13-grace-amazing-grace-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/21/x-art-12-09-19-gianna-black-lingerie-bliss-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/21/x-art-12-09-21-kristen-in-bed-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/26/x-art-com-12-09-25-anneli-miss-perfect-xxx-imageset-fugli/

http://adultddl.ws/2012/09/28/x-art-com-12-07-15-maya-backstage-xxx-imageset-p4l/

http://adultddl.ws/2012/09/28/x-art-com-12-09-27-maya-photo-fantasy-xxx-imageset-p4l/

http://www.filestube.com/freakshare/1SV6kEH5V4cdW78nsUQN2X/X20120928-MT-PF720p.html

http://www.filestube.com/freakshare/bMolz0Lv7ozsOqgK9rg4E7/X20120927-MT-PF.html


-------

HITFILE

-------

1 FILE (114 MEGS)

CRS2687


http://hitfile.net/39bQ

http://www.filestube.com/3iUfTzJoifjURk3bVhiX5D/x-art-grace-breakfast-in-bed-lrg.html

----------

MEGASHARES

----------

32 FILES (1.35 GIGS)

CRS2688

http://d01.megashares.com/index.php?d01=W8yM5va&r=ft

http://d01.megashares.com/index.php?d01=MEBTUsy&r=ft

http://d01.megashares.com/index.php?d01=DCv5M2T&r=ft

http://d01.megashares.com/index.php?d01=ahrSVNt&r=ft

http://d01.megashares.com/index.php?d01=hKudU4y&r=ft

http://d01.megashares.com/index.php?d01=x8HXZH8&r=ft

http://d01.megashares.com/index.php?d01=9qrFMnu&r=ft

http://d01.megashares.com/index.php?d01=ZjNSUII&r=ft

http://d01.megashares.com/index.php?d01=NeRgQUi&r=ft

http://d01.megashares.com/index.php?d01=W2MZ4rx&r=ft

http://d01.megashares.com/index.php?d01=RiABUte&r=ft

http://d01.megashares.com/index.php?d01=83YiX6O&r=ft

http://d01.megashares.com/index.php?d01=SiWMpg1&r=ft

http://d01.megashares.com/index.php?d01=P01c1Mx&r=ft

http://d01.megashares.com/index.php?d01=YHBvVye&r=ft

http://d01.megashares.com/index.php?d01=9bfc9c9&r=ft

http://d01.megashares.com/index.php?d01=gA6uLnP&r=ft

http://d01.megashares.com/index.php?d01=WBAy0VG&r=ft

http://d01.megashares.com/index.php?d01=zyCDSo1&r=ft

http://d01.megashares.com/index.php?d01=kLORsFq&r=ft

http://d01.megashares.com/index.php?d01=LFOs80C&r=ft

http://d01.megashares.com/index.php?d01=L6yh3ev&r=ft

http://d01.megashares.com/index.php?d01=u10gzsX&r=ft

http://d01.megashares.com/index.php?d01=pNsRRN4&r=ft

http://d01.megashares.com/index.php?d01=yB7uMmb&r=ft

http://d01.megashares.com/index.php?d01=9RXl8nA&r=ft

http://d01.megashares.com/index.php?d01=VhIOzyg&r=ft

http://d01.megashares.com/index.php?d01=vOkKcR2&r=ft

http://d01.megashares.com/index.php?d01=EjzpU3h&r=ft

http://d01.megashares.com/index.php?d01=aSO8P3Y&r=ft

http://d01.megashares.com/index.php?d01=7oARoPj&r=ft

http://d01.megashares.com/index.php?d01=bmp9QZN&r=ft


FOUND AT

http://www.filestube.com/1jHXQg4xx1XTopUh2n2dOA/x-art-heather-kissable-lrg.html

http://www.filestube.com/1r6LbSzsue8xzlCOsh3Anc/x-art-monika-caliente-lrg.html

http://www.filestube.com/1T7bK57PufTDQ0Q9i2M0rK/x-art-izzy-princesse-lrg.html

http://www.filestube.com/20PAQ3wow3pkRKLh85xt4C/x-art-monika-caliente-lrg.html

http://www.filestube.com/2H3iqvowRQe6OLHHzvuapJ/x-art-kat-1969-lrg.html

http://www.filestube.com/2Kqbd6hdhAXN5mrWVLJFW5/x-art-explicit-striptease-lrg.html

http://www.filestube.com/2L3LEugu2xvjrBSgtHFClv/x-art-sandy-nymph-lrg.html

http://www.filestube.com/35VGT81CovtcpJLofTmv4y/x-art-katka-bananas-lrg.html

http://www.filestube.com/39waAabCRrj0EwKxkSwwX0/x-art-natasha-aquamarine-lrg.html

http://www.filestube.com/3A3TlMMdqGjnjS26L02umA/x-art-sasha-d-russian-princess-lrg.html

http://www.filestube.com/3EM67RHoHOWne2JkNqSEjn/x-art-breanne-babydoll-lrg.html

http://www.filestube.com/3lf2kHaRuaRNlytonqhnc4/x-art-riley-bubbles-lrg.html

http://www.filestube.com/3MV31aaeu0bO6Oa7NQfkPt/x-art-jamie-taboo-lrg.html

http://www.filestube.com/4FbI7VvHSXh1ns3etNWzDu/x-art-hannah-bliss-lrg.html

http://www.filestube.com/5VKw0W7dwzGKwiB6lhLaXB/x-art-nella-bodyscapes-lrg.html

http://www.filestube.com/6kx5tbtsGRc63mi6BVpbbK/x-art-sasha-d-russian-princess-lrg.html

http://www.filestube.com/87P2IlPz5g4ij2vKKD01dA/x-art-explicit-striptease-lrg.html

http://www.filestube.com/8MWeR5vyTRei6dvW5gG7b2/x-art-jewel-deeper-lrg.html

http://www.filestube.com/8ow4fghaXLbvbE9dTdamvU/x-art-izzy-princesse-lrg.html

http://www.filestube.com/9lxO2dOnJO9baqwAN3XCJ5/x-art-sandy-nymph-lrg.html

http://www.filestube.com/9wLR5CIqqUCdV1E60B14FJ/x-art-francesca-heaven-lrg.html

http://www.filestube.com/aBxMQgbtTRriNSiiCKiuwO/x-art-jennifer-tight-lrg.html

http://www.filestube.com/ajhv5aMMM6bOcrTbJAck9b/x-art-nicole-unzipped-lrg.html

http://www.filestube.com/aQNAeEidQ9ryVFFMEzquBi/x-art-ellie-fashionista-lrg.html

http://www.filestube.com/c2Dl3j3QQd6JVzMhAqQkEp/x-art-stasha-russian-roommates-lrg.html

http://www.filestube.com/cgS7C3SC50mu31uyGWKpkD/x-art-eufrat-seductress-lrg.html

http://www.filestube.com/d7nS8QCuSekvMADhL6GTkA/x-art-georgia-gorgeous-lrg.html

http://www.filestube.com/emlzgXtQTH6yvvpEtMnvlm/x-art-francesca-dangerous-lrg.html

http://www.filestube.com/fiTeqfinUVlJroUze06k6z/x-art-francesca-sexbox-lrg.html

http://www.filestube.com/KgCFGcWnbesqE2vaECDnI/x-art-kat-translucence-lrg.html

http://www.filestube.com/RmI9VQe2rhpdwIbP1Qmgf/x-art-sasha-d-russian-princess-lrg.html

http://www.filestube.com/ww6ECOOhTlxypCESIO0d6/x-art-hannah-bliss-lrg.html


-----

MINUS

-----

129 FILES (12.95 GIGS)

CRS2689

http://minus.com/mi8DYvVnl

http://minus.com/m7bjBC2P5

http://minus.com/mBltJtmBF

http://minus.com/mcicPY9UO

http://minus.com/mEfZjhzgz

http://minus.com/mIT1HtFJX

http://minus.com/mMztrHMBF

http://minus.com/mpizXSUDl

http://minus.com/mspIwKOU

http://minus.com/mvT1WbIXo

http://minus.com/mzArjk8ri

http://minus.com/mbeaTzoZWP

http://minus.com/mbaZEX1LpA

http://minus.com/mbcovirU7w

http://minus.com/mblZUBZeDE

http://minus.com/ml4GwNQGa

http://minus.com/m0mB0VRpf

http://minus.com/m1khPEiwr

http://minus.com/mbbo0naxxX

http://minus.com/mbnupMemvY

http://minus.com/meLxEYXEc

http://minus.com/mgYw0SpPz

http://minus.com/mHmBZTGxq

http://minus.com/mO7PbtnMw

http://minus.com/mYrvRqk3Z

http://minus.com/mmy8BSHj7

http://minus.com/mn7uwMRsW

http://minus.com/moFhyMs8e

http://minus.com/mpaYq451Q

http://minus.com/m4IDETGbB

http://minus.com/mbkFG5icS

http://minus.com/mbrJqRA7EH

http://minus.com/mbrykkyzIX

http://minus.com/mE0G3Aonx

http://minus.com/meDzFPlMU

http://minus.com/mLz7TpqdC

http://minus.com/mnZM7VZXx

http://minus.com/mPFC0eo2U

http://minus.com/mQ4TY7Gm5

http://minus.com/mU8UqnlCt

http://minus.com/mVlgI6PqH

http://minus.com/mbfORRm0Ey

http://minus.com/mbfpVjSXa

http://minus.com/mbqImJo1yF

http://minus.com/mCwtjaXX1

http://minus.com/mgiUcE4A0

http://minus.com/mjqgoNJTv

http://minus.com/mm4OUKOYp

http://minus.com/mnid3b66X

http://minus.com/mUD1kJBBk

http://minus.com/mv3itaZR2

http://minus.com/mYpME246L

http://minus.com/mA8h9lQ4L

http://minus.com/mbf4gULI4n

http://minus.com/meBjXsE2s

http://minus.com/mRIgSH8xy

http://minus.com/mS96Jom2a

http://minus.com/mUTwIyTln

http://minus.com/m2IW9nETN

http://minus.com/mbaXKfYSt4

http://minus.com/mberlIh2YZ

http://minus.com/mblvfm5Rke

http://minus.com/mbmDKp57Sc

http://minus.com/mboksXsmWH

http://minus.com/mlsFZ658k

http://minus.com/modiTQT1v

http://minus.com/mXIq4Cs1Q

http://minus.com/m1FQQygwn

http://minus.com/m5c5UMOZk

http://minus.com/mbfVap6UFj

http://minus.com/mbn16NsGPP

http://minus.com/mboN3ZrTuU

http://minus.com/mEOxxpvGl

http://minus.com/mHDDc4hjI

http://minus.com/miMNkEfi2

http://minus.com/mSkMfBYDk

http://minus.com/mYXyvhIjM

http://minus.com/mzLwKM5iW

http://minus.com/m0bVvVcg2

http://minus.com/mbqvwnieOG

http://minus.com/mCZOdu4yl

http://minus.com/mFAZbdK2L

http://minus.com/mpGaHXTL5

http://minus.com/mqNCLc8Yj

http://minus.com/mrEJaVbVs

http://minus.com/mVpSrAy4k

http://minus.com/mws98nVZG

http://minus.com/myi5EycZB

http://minus.com/mdW5vR4TR

http://minus.com/mDxAUdbno

http://minus.com/mnnROtY0g

http://minus.com/mWKgurerS

http://minus.com/m0crSzbVS

http://minus.com/mbffnXYl5L

http://minus.com/mbjfZ6gaso

http://minus.com/mbugqpeLO

http://minus.com/mEdcJcZah

http://minus.com/moHm2cQVD

http://minus.com/mParpezWV

http://minus.com/mt9mgWv59

http://minus.com/m2jxZZSMk

http://minus.com/m5dk88dvJ

http://minus.com/mbaTWxYcwi

http://minus.com/mbc6roXhYo

http://minus.com/mbk8wWMbSV

http://minus.com/mboutMlwnz

http://minus.com/mfXW6DZ4G

http://minus.com/mhtnmXxYf

http://minus.com/mJkqtWY98

http://minus.com/mpHdCTLyE

http://minus.com/mwMyUph57

http://minus.com/mYcGcKFjh

http://minus.com/mbnYYDYCtr

http://minus.com/meJ3db6O8

http://minus.com/mHe3nlo1I

http://minus.com/mmnEMkMiv

http://minus.com/mpqEbjiba

http://minus.com/mv5OdrEcW

http://minus.com/mvWUP2hfE

http://minus.com/mZrjm3Ltk

http://minus.com/m4XapYvwX

http://minus.com/m6YYr6qxk

http://minus.com/mbc1TwgAvI

http://minus.com/mbcPDJ9uVu

http://minus.com/mxi9p0lqz

http://minus.com/mbdS3lCJ5g

http://minus.com/mbe4V6eH6v

http://minus.com/mboyaURI49

http://minus.com/mio0X562S

http://minus.com/mjq60hyrx

http://minus.com/mkDnIvN7X

http://minus.com/ml2XGDjMY

http://minus.com/moG9MqSQy

http://minus.com/mqVsQOlI9

http://minus.com/mrSpsK7mc

http://minus.com/mscYWlqhu

http://minus.com/mgXHMj0O8

http://minus.com/mpkMHd0vG

http://minus.com/mV2dbfVrK


FOUND AT

http://adultddl.ws/2012/07/23/x-art-com-12-07-23-gianna-morning-tryst-xxx-imageset-fugli/

http://adultddl.ws/2012/07/24/x-art-12-07-24-gianna-morning-tryst-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/07/25/x-art-com-12-07-24-abby-private-time-xxx-imageset-fugli/

http://adultddl.ws/2012/07/27/x-art-12-07-26-kiera-and-avril-come-to-my-window-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/07/30/x-art-12-07-29-silvie-transcendence-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/08/03/x-art-12-08-03-mary-white-hot-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/08/06/x-art-12-08-06-leila-kaylee-close-to-the-edge-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/08/10/x-art-12-08-10-susie-inspiration-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/08/15/x-art-12-08-15-caprice-and-anneli-threes-company-xxx-1080p-mp4-ktr/

http://adultddl.ws/2012/08/19/x-art-12-08-18-ivy-this-side-of-paradise-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/08/22/x-art-12-08-21-abby-private-time-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/08/26/x-art-12-08-26-jessie-starting-over-xxx-1080p-mp4-ktr/

http://adultddl.ws/2012/08/29/x-art-12-08-28-mary-and-ariel-perfect-together-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/05/x-art-12-09-04-kaylee-first-love-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/08/x-art-com-12-09-08-cindy-and-tyler-morning-memories-xxx-imageset-fugli/

http://adultddl.ws/2012/09/12/x-art-12-08-03-mary-white-hot-xxx-1080p-mov-ktr-2/

http://adultddl.ws/2012/09/12/x-art-12-08-15-caprice-and-anneli-threes-company-xxx-1080p-mp4-ktr-2/

http://adultddl.ws/2012/09/12/x-art-com-12-09-11-grace-amazing-grace-xxx-imageset-fugli/


-----------

MULTIUPLOAD

-----------

65 FILES (5.87 GIGS)

CRS2690


http://multiupload.nl/7LY62WCGG3

http://multiupload.nl/D8VB5WRWAO

http://multiupload.nl/F0JOF90AJ4

http://multiupload.nl/ZBGN8ZFWOV

http://multiupload.nl/198KAZ6FNN

http://multiupload.nl/4VQ99QJO8V

http://multiupload.nl/6WB4UR6EV5

http://multiupload.nl/GW5GZJPBPE

http://multiupload.nl/KFSPKPRPB1

http://multiupload.nl/P3WGQ25SU4

http://multiupload.nl/REY3ABHFKB

http://multiupload.nl/SSJJB86P46

http://multiupload.nl/UJ2CR1QZMI

http://multiupload.nl/W1MBA3UJR8

http://multiupload.nl/ZS4YOBTR8C

http://multiupload.nl/7RBZH80LUH

http://multiupload.nl/AMVINLTGHC

http://multiupload.nl/GAJURS89QE

http://multiupload.nl/GU4ETJTI3P

http://multiupload.nl/IKTBP9SNTN

http://multiupload.nl/RWNTGA1ANG

http://multiupload.nl/TFT0X363DH

http://multiupload.nl/U2U7WDRVBH

http://multiupload.nl/X1YV9KCLZK

http://multiupload.nl/4C97SIKM4V

http://multiupload.nl/7H7JJE346U

http://multiupload.nl/J7UZMKP0R0

http://multiupload.nl/R7EGH9IVDU

http://multiupload.nl/XU51HJP8TS

http://multiupload.nl/XYS3RZEE6T

http://multiupload.nl/9DHAE6COC6

http://multiupload.nl/E2VTSHYXL0

http://multiupload.nl/EZTUXFGB0V

http://multiupload.nl/G109SRSD5W

http://multiupload.nl/KABXNS7T58

http://multiupload.nl/NGSBDN6H2G

http://multiupload.nl/R5EL0FBB4L

http://multiupload.nl/RL2ZGNXZTX

http://multiupload.nl/YSY5GC18VO

http://multiupload.nl/4CDD3MNE3C

http://multiupload.nl/6LCB1KGSH8

http://multiupload.nl/7RKYCA2FIZ

http://multiupload.nl/BIG8QHFYU0

http://multiupload.nl/CBAI9PPQI1

http://multiupload.nl/XAM8VC6F7Z

http://multiupload.nl/4AVZR78Q7A

http://multiupload.nl/CC8WYJ9TN1

http://multiupload.nl/H97EDTHBH1

http://multiupload.nl/KRXENVL011

http://multiupload.nl/NVVPIADLL9

http://multiupload.nl/ROJH8C3NDQ

http://multiupload.nl/UEJYQ6RGBJ

http://multiupload.nl/XHBKH1H4EA

http://multiupload.nl/YL76EQ7CD4

http://multiupload.nl/2LX4C5O7OW

http://multiupload.nl/3LDWSA75RR

http://multiupload.nl/E3ORUOU8F3

http://multiupload.nl/LHRRP4INPU

http://multiupload.nl/PLS03JAFTY

http://multiupload.nl/0WMSSRGU3S

http://multiupload.nl/G8GTQONMG1

http://multiupload.nl/17AEGJ4ZY1

http://multiupload.nl/WMG8ZKCJE3

http://multiupload.nl/1NOPLBKTR2

http://multiupload.nl/X4KXWHTSKE

FOUND AT

http://adultddl.ws/2012/09/12/x-art-12-08-03-mary-white-hot-xxx-1080p-mov-ktr-2/

http://adultddl.ws/2012/09/12/x-art-12-08-15-caprice-and-anneli-threes-company-xxx-1080p-mp4-ktr-2/

http://adultddl.ws/2012/09/14/x-art-12-09-10-cindy-morning-memories-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/14/x-art-12-09-11-silvie-classic-beauty-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/14/x-art-12-09-13-grace-amazing-grace-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/17/x-art-12-09-17-silvie-and-kaylee-underwater-lover-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/21/x-art-12-09-19-gianna-black-lingerie-bliss-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/21/x-art-12-09-21-kristen-in-bed-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/26/x-art-com-12-09-25-anneli-miss-perfect-xxx-imageset-fugli/

http://adultddl.ws/2012/09/28/x-art-com-12-07-15-maya-backstage-xxx-imageset-p4l/

http://adultddl.ws/2012/09/28/x-art-com-12-09-27-maya-photo-fantasy-xxx-imageset-p4l/


-------

NETLOAD

-------

2 FILES (1.45 GIGS)

CRS2691


http://netload.in/dateiSLgPJMeMBP.htm

http://netload.in/dateiDQv8MHV5Du.htm


FOUND AT

http://www.filestube.com/netload/8opRvyyC8O0kbujQMlglNj/x-art-linsay-pretty-backdoor-baby-720.html

http://www.filestube.com/netload/9AIXnv5gH6lWivCPXw3ahR/x-art-maya-photo-fantasy-1080.html

---------

PUTLOCKER

---------

135 FILES (46.78 GIGS)

CRS2692


http://www.putlocker.com/file/C848AB249E900D14

http://www.putlocker.com/file/29D370051E2A4A4F

http://www.putlocker.com/file/A7F57BF221525BA4

http://www.putlocker.com/file/BDE4082133288430

http://www.putlocker.com/file/3213580738D04817

http://www.putlocker.com/file/6A1C85C2D608A045

http://www.putlocker.com/file/E8E40083A069F6C4

http://www.putlocker.com/file/AEB57DA1C0EDFCEE

http://www.putlocker.com/file/E6746B7D25953F63

http://www.putlocker.com/file/F57487F237D9C9DC

http://www.putlocker.com/file/004F81BB8DC26BD1

http://www.putlocker.com/file/603DD1D24497BC8F

http://www.putlocker.com/file/810D7E0B7A5F85DC

http://www.putlocker.com/file/1A4D92C529A38B91

http://www.putlocker.com/file/92295FCF3A12F783

http://www.putlocker.com/file/9A6C2993A3E897E1

http://www.putlocker.com/file/A972A03EABB8C774

http://www.putlocker.com/file/22FD3DD6273DD689

http://www.putlocker.com/file/3B412864F7FFBCD9

http://www.putlocker.com/file/920DC3813E2CD1F7

http://www.putlocker.com/file/D3954D2BE6B212E1

http://www.putlocker.com/file/0E84939B9D47E40B

http://www.putlocker.com/file/7737EFA2E0927188

http://www.putlocker.com/file/C7C70F19AD394909

http://www.putlocker.com/file/D1D7164860FB4DBD

http://www.putlocker.com/file/417469C1369C1ACB

http://www.putlocker.com/file/5BD78C7B0CF4EE70

http://www.putlocker.com/file/65D0628E134B5098

http://www.putlocker.com/file/E8DBD54368512E22

http://www.putlocker.com/file/17641375E4DE9CA6

http://www.putlocker.com/file/216A3B159CB8DBDF

http://www.putlocker.com/file/5B157B3D01FB8D6C

http://www.putlocker.com/file/5E6245409D207833

http://www.putlocker.com/file/8F4603D88032FC29

http://www.putlocker.com/file/F63DFCBE2EA9020E

http://www.putlocker.com/file/6DF19EC3D670223E

http://www.putlocker.com/file/7127C36A8A1E6950

http://www.putlocker.com/file/C398AE2BFF76A987

http://www.putlocker.com/file/D435E8B562F8241C

http://www.putlocker.com/file/9B94C5707E292DE8

http://www.putlocker.com/file/D74C4ACB38B21406

http://www.putlocker.com/file/69FBF8A58C8E8AE5

http://www.putlocker.com/file/977B61AC2C0C1C0B

http://www.putlocker.com/file/996FD830DF40A396

http://www.putlocker.com/file/D6546902DBFF9532

http://www.putlocker.com/file/3BADF601E32814F9

http://www.putlocker.com/file/3C20040832498E47

http://www.putlocker.com/file/7887A8162AB580AC

http://www.putlocker.com/file/9354A23B3D729AA9

http://www.putlocker.com/file/7A39E0B6E2B1AB5A

http://www.putlocker.com/file/7FA34F04482F1141

http://www.putlocker.com/file/82D32F58267E1826

http://www.putlocker.com/file/4FD433C09C9E02EC

http://www.putlocker.com/file/88625FEF696B459D

http://www.putlocker.com/file/99FC15108DD17354

http://www.putlocker.com/file/E9DDF5E3AD16E387

http://www.putlocker.com/file/19F6166F76C15C91

http://www.putlocker.com/file/C00063152BC7D53C

http://www.putlocker.com/file/5FD535548666E38E

http://www.putlocker.com/file/86D9D7B2A790F9A1

http://www.putlocker.com/file/F89FE91FE1869CED

http://www.putlocker.com/file/91F13161772E9F57

http://www.putlocker.com/file/B581F39099941EA0

http://www.putlocker.com/file/7A0B5DB16015C205

http://www.putlocker.com/file/082C85C7A74B352B

http://www.putlocker.com/file/904C355A7BFE9334

http://www.putlocker.com/file/A8CEC916540AC70C

http://www.putlocker.com/file/23F224FC35536B36

http://www.putlocker.com/file/D9B37D9E5F77F1DD

http://www.putlocker.com/file/AE4A0460D5D42943

http://www.putlocker.com/file/2521EE70288D358C

http://www.putlocker.com/file/8BA50AC2F174C755

http://www.putlocker.com/file/9F3DD1A63C3B7DDD

http://www.putlocker.com/file/9FD81FD1AED49D2B

http://www.putlocker.com/file/748463759EB15DD7

http://www.putlocker.com/file/2C003744BD2E89C8

http://www.putlocker.com/file/07F36AB41021741D

http://www.putlocker.com/file/28E3B2D63871B3B5

http://www.putlocker.com/file/477D1DEECD463376

http://www.putlocker.com/file/47FB15E39FD40B96

http://www.putlocker.com/file/4B34310AA710500B

http://www.putlocker.com/file/74612F096FB44D53

http://www.putlocker.com/file/B3BE42238C6E50AD

http://www.putlocker.com/file/B5C924A1015691CB

http://www.putlocker.com/file/B969ED036CC0978F

http://www.putlocker.com/file/BA246FD068167BDF

http://www.putlocker.com/file/D19A1294539B845A

http://www.putlocker.com/file/D1D49B2F2574F224

http://www.putlocker.com/file/1A1909701F39C5D8

http://www.putlocker.com/file/81A9D5204980C565

http://www.putlocker.com/file/F047C06ACC5828E4

http://www.putlocker.com/file/0747896A94149F75

http://www.putlocker.com/file/154F7185974828A7

http://www.putlocker.com/file/282E3774433FFEC9

http://www.putlocker.com/file/2C570A73F873B0C0

http://www.putlocker.com/file/349C7A8C79F50C51

http://www.putlocker.com/file/410E087EE5A44B2F

http://www.putlocker.com/file/4836E2A0CA241564

http://www.putlocker.com/file/6DCFC037431DB9D9

http://www.putlocker.com/file/71134EB94AB8C6B9

http://www.putlocker.com/file/7AA0BE5797C2E01E

http://www.putlocker.com/file/8314B4A4BD53B266

http://www.putlocker.com/file/C55E4A89F68E7598

http://www.putlocker.com/file/CE56A05D87322A9B

http://www.putlocker.com/file/03B5A249388A6E23

http://www.putlocker.com/file/75AEEEC47481A5A7

http://www.putlocker.com/file/EF620DA1F2B19C51

http://www.putlocker.com/file/F71D45973021ACB8

http://www.putlocker.com/file/139CF76A69F33093

http://www.putlocker.com/file/18A184DC94E94A71

http://www.putlocker.com/file/23F606515FF91246

http://www.putlocker.com/file/412EE6741B17372F

http://www.putlocker.com/file/44E52E6A9E2113B1

http://www.putlocker.com/file/45DBA2B823F6F0E0

http://www.putlocker.com/file/5822A4C93CB8B3B1

http://www.putlocker.com/file/60843CDCD29CCEBE

http://www.putlocker.com/file/87353B8A3DE2F86B

http://www.putlocker.com/file/900CA553B6C87A6E

http://www.putlocker.com/file/BF7DE86EE0074240

http://www.putlocker.com/file/DEC6C9338F165FA0

http://www.putlocker.com/file/20D0404645104358

http://www.putlocker.com/file/70F4AF32EBA5829A

http://www.putlocker.com/file/8978266184A05471

http://www.putlocker.com/file/9752592C135B43E7

http://www.putlocker.com/file/C4113F09DC2E472B

http://www.putlocker.com/file/EE10B11946444F62

http://www.putlocker.com/file/1230A1F8B7317946

http://www.putlocker.com/file/2FA86511AEED8F8F

http://www.putlocker.com/file/5C4F6D6328528C76

http://www.putlocker.com/file/2FC7C5FB8B242255

http://www.putlocker.com/file/81CD2B576CE602B2

http://www.putlocker.com/file/D4C655E612852653

http://www.putlocker.com/file/00E2C11AC2646DCC

http://www.putlocker.com/file/177C8DDBD8DA8C93

http://www.putlocker.com/file/B23C22DCD8BBC73D


FOUND AT

http://adultddl.ws/2012/06/11/x-art-12-06-11-stefanie-and-suzie-c-sapphic-experience-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/06/15/x-art-12-06-15-caprice-and-angel-girls-night-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/06/20/x-art-12-06-20-avril-strawberry-blonde-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/06/25/x-art-12-06-24-kristen-happy-couple-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/07/02/x-art-12-07-02-silvie-and-ariel-good-vibrations-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/07/06/x-art-12-07-05-hayden-h-and-bree-sunday-afternoon-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/07/11/x-art-12-07-11-grace-pure-grace-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/07/20/x-art-12-07-20-ivy-wet-dream-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/07/24/x-art-12-07-24-gianna-morning-tryst-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/07/27/x-art-12-07-26-kiera-and-avril-come-to-my-window-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/07/30/x-art-12-07-29-silvie-transcendence-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/08/04/x-art-12-08-03-jessie-farewell-xxx-1080p-mp4-ktr/

http://adultddl.ws/2012/08/06/x-art-12-08-06-leila-kaylee-close-to-the-edge-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/08/13/x-art-12-08-13-jessie-and-anais-xxx-1080p-mp4-ktr/

http://adultddl.ws/2012/08/15/x-art-12-08-15-caprice-and-anneli-threes-company-xxx-1080p-mp4-ktr/

http://adultddl.ws/2012/08/19/x-art-12-08-18-ivy-this-side-of-paradise-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/08/22/x-art-12-08-21-abby-private-time-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/08/29/x-art-12-08-28-mary-and-ariel-perfect-together-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/05/x-art-12-09-04-kaylee-first-love-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/08/x-art-com-12-09-08-cindy-and-tyler-morning-memories-xxx-imageset-fugli/

http://adultddl.ws/2012/09/12/x-art-12-08-03-mary-white-hot-xxx-1080p-mov-ktr-2/

http://adultddl.ws/2012/09/12/x-art-12-08-15-caprice-and-anneli-threes-company-xxx-1080p-mp4-ktr-2/

http://adultddl.ws/2012/09/12/x-art-com-12-09-11-grace-amazing-grace-xxx-imageset-fugli/

http://adultddl.ws/2012/09/14/x-art-12-09-10-cindy-morning-memories-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/14/x-art-12-09-11-silvie-classic-beauty-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/14/x-art-12-09-13-grace-amazing-grace-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/14/x-art-com-12-09-14-ariel-red-hot-ariel-xxx-imageset-fugli/

http://adultddl.ws/2012/09/17/x-art-12-09-17-silvie-and-kaylee-underwater-lover-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/21/x-art-12-09-19-gianna-black-lingerie-bliss-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/21/x-art-12-09-21-kristen-in-bed-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/26/x-art-com-12-09-25-anneli-miss-perfect-xxx-imageset-fugli/

http://adultddl.ws/2012/09/28/x-art-com-12-07-15-maya-backstage-xxx-imageset-p4l/

http://adultddl.ws/2012/09/28/x-art-com-12-09-27-maya-photo-fantasy-xxx-imageset-p4l/


----------

RAPIDGATOR

----------

105 FILES (26.20 GIGS)

CRS2693

http://rapidgator.net/file/42019155/M_M1KOHC6clGQeHpDCrdWbSG8IU.part01.rar.html

http://rapidgator.net/file/42019170/M_M1KOHC6clGQeHpDCrdWbSG8IU.part02.rar.html

http://rapidgator.net/file/42019427/M_M1KOHC6clGQeHpDCrdWbSG8IU.part03.rar.html

http://rapidgator.net/file/42019800/M_M1KOHC6clGQeHpDCrdWbSG8IU.part04.rar.html

http://rapidgator.net/file/42019972/M_M1KOHC6clGQeHpDCrdWbSG8IU.part05.rar.html

http://rapidgator.net/file/42020163/M_M1KOHC6clGQeHpDCrdWbSG8IU.part06.rar.html

http://rapidgator.net/file/42020296/M_M1KOHC6clGQeHpDCrdWbSG8IU.part07.rar.html

http://rapidgator.net/file/42020541/M_M1KOHC6clGQeHpDCrdWbSG8IU.part08.rar.html

http://rapidgator.net/file/42020670/M_M1KOHC6clGQeHpDCrdWbSG8IU.part09.rar.html

http://rapidgator.net/file/42001080/M_uEpBAsDzY0wFR5xlM2zVq3Mfw.part1.rar.html

http://rapidgator.net/file/42001133/M_uEpBAsDzY0wFR5xlM2zVq3Mfw.part2.rar.html

http://rapidgator.net/file/42001389/M_uEpBAsDzY0wFR5xlM2zVq3Mfw.part3.rar.html

http://rapidgator.net/file/42001759/M_uEpBAsDzY0wFR5xlM2zVq3Mfw.part4.rar.html

http://rapidgator.net/file/42002063/M_uEpBAsDzY0wFR5xlM2zVq3Mfw.part5.rar.html

http://rapidgator.net/file/42002152/M_uEpBAsDzY0wFR5xlM2zVq3Mfw.part6.rar.html

http://rapidgator.net/file/42019154/M_4IkBD5XZYYS9NVvmyYbwPYV1H.part01.rar.html

http://rapidgator.net/file/42019223/M_4IkBD5XZYYS9NVvmyYbwPYV1H.part02.rar.html

http://rapidgator.net/file/42019296/M_4IkBD5XZYYS9NVvmyYbwPYV1H.part03.rar.html

http://rapidgator.net/file/42019617/M_4IkBD5XZYYS9NVvmyYbwPYV1H.part04.rar.html

http://rapidgator.net/file/42019666/M_4IkBD5XZYYS9NVvmyYbwPYV1H.part05.rar.html

http://rapidgator.net/file/42019785/M_4IkBD5XZYYS9NVvmyYbwPYV1H.part06.rar.html

http://rapidgator.net/file/42020130/M_4IkBD5XZYYS9NVvmyYbwPYV1H.part07.rar.html

http://rapidgator.net/file/42020525/M_4IkBD5XZYYS9NVvmyYbwPYV1H.part08.rar.html

http://rapidgator.net/file/42020642/M_4IkBD5XZYYS9NVvmyYbwPYV1H.part09.rar.html

http://rapidgator.net/file/44468274/M_c0whsPSH9Y24jdFQtTgAXNsuY.part03.rar.html

http://rapidgator.net/file/44469603/M_c0whsPSH9Y24jdFQtTgAXNsuY.part05.rar.html

http://rapidgator.net/file/44469714/M_c0whsPSH9Y24jdFQtTgAXNsuY.part02.rar.html

http://rapidgator.net/file/44470090/M_c0whsPSH9Y24jdFQtTgAXNsuY.part06.rar.html

http://rapidgator.net/file/44470715/M_c0whsPSH9Y24jdFQtTgAXNsuY.part07.rar.html

http://rapidgator.net/file/44471459/M_c0whsPSH9Y24jdFQtTgAXNsuY.part04.rar.html

http://rapidgator.net/file/44471604/M_c0whsPSH9Y24jdFQtTgAXNsuY.part08.rar.html

http://rapidgator.net/file/44472216/M_c0whsPSH9Y24jdFQtTgAXNsuY.part10.rar.html

http://rapidgator.net/file/44474129/M_c0whsPSH9Y24jdFQtTgAXNsuY.part09.rar.html

http://rapidgator.net/file/44461390/M_kKkS6i35X5sHxLJY67h4zYffu.part1.rar.html

http://rapidgator.net/file/44461886/M_kKkS6i35X5sHxLJY67h4zYffu.part2.rar.html

http://rapidgator.net/file/44461979/M_kKkS6i35X5sHxLJY67h4zYffu.part5.rar.html

http://rapidgator.net/file/44462113/M_kKkS6i35X5sHxLJY67h4zYffu.part3.rar.html

http://rapidgator.net/file/44465918/M_kKkS6i35X5sHxLJY67h4zYffu.part4.rar.html

http://rapidgator.net/file/46063954/4Q4lVT4DJQQlXaJvO7pEesobO.rar.html

http://rapidgator.net/file/46064664/M_4Q4lVT4DJQQlXaJvO7pEesobO.rar.html

http://rapidgator.net/file/46616390/mhPY06lTc2aOjFLSbQnZZ103x.rar.html

http://rapidgator.net/file/46623973/M_mhPY06lTc2aOjFLSbQnZZ103x.rar.html

http://rapidgator.net/file/46608522/Xz30PyIyos6mYvbC16SsY2ibE.rar.html

http://rapidgator.net/file/46618059/M_Xz30PyIyos6mYvbC16SsY2ibE.rar.html

http://rapidgator.net/file/46724490/DMXA.Maya.Photo.Fantasy.Sep.28.540p.SD.mov.html

http://rapidgator.net/file/46724491/DMXA..Maya.Photo.Fantasy.Sep.28.720p.HD.mov.html

http://rapidgator.net/file/46724492/X.Art.Maya.Photo.Fantasy.Sep.28.1080p.HD.mov.html

http://rapidgator.net/file/46091657/DM.XA.Grace.Linsay.Nastia.Russian.Invasion.Sep.26.540p.SD.mov.html

http://rapidgator.net/file/46091658/DM.XA.Grace.Linsay.Nastia.Russian.Invasion.Sep.26.720p.HD.mov.html

http://rapidgator.net/file/46091659/DM.XA.Grace.Linsay.Nastia.Russian.Invasion.Sep.26.1080p.HD.mov.html

http://rapidgator.net/file/46091621/X.Art.Grace.Linsay.Nastia.Russian.Invasion.Sep.26.1080p.HD.mov.html

http://rapidgator.net/file/46091622/X.Art.Grace.Linsay.Nastia.Russian.Invasion.Sep.26.720p.HD.mov.html

http://rapidgator.net/file/46091623/X.Art.Grace.Linsay.Nastia.Russian.Invasion.Sep.26.540p.SD.mov.html

http://rapidgator.net/file/47306949/In_Bed_540.part2.rar.html

http://rapidgator.net/file/47306998/In_Bed_540.part1.rar.html

http://rapidgator.net/file/47307024/In_Bed_1080.part2.rar.html

http://rapidgator.net/file/47307142/In_Bed_1080.part1.rar.html

http://rapidgator.net/file/47345427/Underwater.Lover.1080.part2.rar.html

http://rapidgator.net/file/47345446/Underwater.Lover.540.part2.rar.html

http://rapidgator.net/file/47345474/Underwater.Lover.1080.part1.rar.html

http://rapidgator.net/file/47345573/Underwater.Lover.540.part1.rar.html

http://rapidgator.net/file/46347712

http://rapidgator.net/file/24039086

http://rapidgator.net/file/24039087

http://rapidgator.net/file/46482546

http://rapidgator.net/file/46671734

http://rapidgator.net/file/13020652

http://rapidgator.net/file/13140433

http://rapidgator.net/file/23967541

http://rapidgator.net/file/23324302

http://rapidgator.net/file/42285804

http://rapidgator.net/file/46430401

http://rapidgator.net/file/46671208

http://rapidgator.net/file/39283422

http://rapidgator.net/file/46816403

http://rapidgator.net/file/46816995

http://rapidgator.net/file/23684448

http://rapidgator.net/file/46671442

http://rapidgator.net/file/42441768

http://rapidgator.net/file/46434152

http://rapidgator.net/file/46434243

http://rapidgator.net/file/23984076

http://rapidgator.net/file/46046025

http://rapidgator.net/file/24039084

http://rapidgator.net/file/24039085

http://rapidgator.net/file/46869096/maya_photo_fantasy_720.part1.rar.html

http://rapidgator.net/file/46869194/maya_photo_fantasy_720.part2.rar.html

http://rapidgator.net/file/45620699/Gianna_720.part1.rar.html

http://rapidgator.net/file/45620710/Gianna_720.part2.rar.html

http://rapidgator.net/file/45621108/Gianna_720.part3.rar.html

http://rapidgator.net/file/47204270/anneli_miss_perfect_1080.part2.rar.html

http://rapidgator.net/file/47204277/anneli_miss_perfect_1080.part1.rar.html

http://rapidgator.net/file/47255787

http://rapidgator.net/file/46641185/xrtmayaphotofantasy1080.part4.rar.html

http://rapidgator.net/file/46641204/xrtmayaphotofantasy540.part3.rar.html

http://rapidgator.net/file/46641238/xrtmayaphotofantasy540.part2.rar.html

http://rapidgator.net/file/46641286/xrtmayaphotofantasy540.part1.rar.html

http://rapidgator.net/file/46641484/xrtmayaphotofantasy1080.part3.rar.html

http://rapidgator.net/file/46641538/xrtmayaphotofantasy1080.part2.rar.html

http://rapidgator.net/file/46641548/xrtmayaphotofantasy1080.part1.rar.html

http://rapidgator.net/file/30853016/DaVinci-47042.wmv.html

http://rapidgator.net/file/44678343/Kristen.In.Bed.1080p.mov.html

http://rapidgator.net/file/33628039/Addison.Begin.Me.mov.html

http://rapidgator.net/file/42172115/Silvie.Classic.Beauty.mov.html

http://rapidgator.net/file/46907563/xa_Maya_Tyler_Photo_Fantasy.rar.html

FOUND AT

http://adultddl.ws/2012/09/14/x-art-12-09-10-cindy-morning-memories-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/14/x-art-12-09-11-silvie-classic-beauty-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/14/x-art-12-09-13-grace-amazing-grace-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/21/x-art-12-09-19-gianna-black-lingerie-bliss-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/21/x-art-12-09-21-kristen-in-bed-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/26/x-art-com-12-09-25-anneli-miss-perfect-xxx-imageset-fugli/

http://adultddl.ws/2012/09/28/x-art-com-12-07-15-maya-backstage-xxx-imageset-p4l/

http://adultddl.ws/2012/09/28/x-art-com-12-09-27-maya-photo-fantasy-xxx-imageset-p4l/

http://desibbrg.com/forums/showthread.php?p=1208981

http://desibbrg.com/forums/showthread.php?p=1209478

http://pastebin.com/5xqqh3Ym

http://planetsuzy.org/showthread.php?t=613813

http://www.filestube.com/rapidgator/1bkGVUJyoEFyLucqma1GsR/XA-2012-09-26.html

http://www.filestube.com/rapidgator/2mwixcNk2KhTaF5OEKqd2U/x-art-grace-pure-grace-1080.html

http://www.filestube.com/rapidgator/2qOt7UtkGL0FljmkpeQ4AH/x-art-maya-photo-fantasy-lrg.html

http://www.filestube.com/rapidgator/2vys5pnzoXADMsjFi07lHC/X-Art-Maya-Photo-Fantasy-Sep-28-1080p-HD.html

http://www.filestube.com/rapidgator/5nKGAcdOCd2ClKCAplXdnA/x-art-linsay-pretty-backdoor-baby-720.html

http://www.filestube.com/rapidgator/5rytbR6nk6eyHUWksbtgcV/x-art-linsay-pretty-backdoor-baby-720.html

http://www.filestube.com/rapidgator/6ILleo47cpieBSjJJRfWf6/X-Art-Grace.html

http://www.filestube.com/rapidgator/72kqCnX9dqHDrIRt5IqO1M/x-art-linsay-pretty-backdoor-b-by-720.html

http://www.filestube.com/rapidgator/76JK1ELo9CRBTibtv4XkLE/x-art-grace-amazing-grace-1080.html

http://www.filestube.com/rapidgator/8cfQdEKeXgXSLzCtNOa7ST/x-art-grace-linsay-nastia-russian-invasion-1080.html

http://www.filestube.com/rapidgator/8PGElxbizaEeLUyUxBOC3b/X-Art-Maya-Photo-Fantasy-Sep-28-540p-SD.html

http://www.filestube.com/rapidgator/97yTlzSpp7HaVSAmH0Wzi3/x-art-grace-breakfast-in-bed-720.html

http://www.filestube.com/rapidgator/9nEzIAV0xJa0s1skiJL8zm/28-XA-HD-1080p.html

http://www.filestube.com/rapidgator/bw6yQUBbldQk1Pie95PGLB/x-art-grace-angelic-1080.html

http://www.filestube.com/rapidgator/c08EUcO1EpiLl1Exptf0ae/X-Art-Maya-Photo-Fantasy-Sep-28-720p-HD.html

http://www.filestube.com/rapidgator/cAhB2UWp18u9kwiNpR4OL/x-art-grace-amazing-grace-1080.html

http://www.filestube.com/rapidgator/dIc1cKKGo7WHFlO6vlbCfo/xrtmayaphotofantasy540.html

http://www.filestube.com/rapidgator/e3DS5IVx4AQ4HLWDXSHgv7/x-art-grace-pure-grace-lrg.html

http://www.filestube.com/rapidgator/KDBasuQmUA1h797ky2egk/xa-russinasi-epidemz-net-styanulo-net-portizan-ru.html

http://www.filestube.com/rapidgator/XRUxQUj5ODym0BoD38BgR/x-art-grace-pure-grace-720.html

http://www.intporn.com/forums/hd-vids/2668096-filthy-hardcore-sex-hd-115.html#post13096728

http://www.intporn.com/forums/hd-vids/2924488-rg-teenland-28.html

http://www.intporn.com/forums/hd-vids/2924488-rg-teenland-29.html

http://www.intporn.com/forums/xxx-movie-clips-video-scenes/3023010-x-art-miss-perfect-anneli.html

http://www.intporn.com/forums/xxx-video-mega-threads/2940170-best-collection-best-clip-beautiful-girl-1link-update-daily-33.html#post13097913

http://www.porn-w.org/post11228499.html

http://www.porn-w.org/topic5170026.html

http://www.porn-w.org/x-art-aug-17-2012-addison-begin-me-1080p-t5068652.html

http://www.porn-w.org/x-art-silvie-classic-beauty-1080p-t5144972.html

http://www.xfobo.com/f13/t583-17.html

----------

RAPIDSHARE

----------

76 FILES (22.56 GIGS)

CRS2694

https://rapidshare.com/files/1858606128/1xMS9LKVi8eP263PUe4XAlslE.part1.rar

https://rapidshare.com/files/1961179514/1xMS9LKVi8eP263PUe4XAlslE.part3.rar

https://rapidshare.com/files/669886710/1xMS9LKVi8eP263PUe4XAlslE.part2.rar

https://rapidshare.com/files/2055124802/CvZFbwcjUSSv5QOZsVKobelFn.part2.rar

https://rapidshare.com/files/985203383/CvZFbwcjUSSv5QOZsVKobelFn.part1.rar

https://rapidshare.com/files/1483181654/oBTmvSax1vx4RVRqYjr30tY4i.part1.rar

https://rapidshare.com/files/2321210684/oBTmvSax1vx4RVRqYjr30tY4i.part2.rar

https://rapidshare.com/files/704331250/oBTmvSax1vx4RVRqYjr30tY4i.part3.rar

https://rapidshare.com/files/346475588/FlprfxvgydXwT9wWPkZ0cLLa4.part1.rar

https://rapidshare.com/files/3851119758/FlprfxvgydXwT9wWPkZ0cLLa4.part2.rar

https://rapidshare.com/files/2299820038/upnOCffD5VFoSj9JI5SBv7Hmv.part3.rar

https://rapidshare.com/files/2721573025/upnOCffD5VFoSj9JI5SBv7Hmv.part1.rar

https://rapidshare.com/files/2886134995/upnOCffD5VFoSj9JI5SBv7Hmv.part2.rar

https://rapidshare.com/files/1303174866/tEn79UwyYhagrWQ4QWsWpzZab.part1.rar

https://rapidshare.com/files/2545369140/tEn79UwyYhagrWQ4QWsWpzZab.part3.rar

https://rapidshare.com/files/97140418/tEn79UwyYhagrWQ4QWsWpzZab.part2.rar

https://rapidshare.com/files/1900478374/a1cpV7xsNVlQ8xRmOqVT00gBZ.part3.rar

https://rapidshare.com/files/2782624058/a1cpV7xsNVlQ8xRmOqVT00gBZ.part1.rar

https://rapidshare.com/files/3439715721/a1cpV7xsNVlQ8xRmOqVT00gBZ.part2.rar

https://rapidshare.com/files/1336740106/oDckjgEQ4FrGYgbqVLgjbAp7b.rar

https://rapidshare.com/files/3155101962/cdpOp8KbMRLEnyozvO04pYbwQ.rar

https://rapidshare.com/files/1348800647/QSZj6puSyv4ARaONBC1Wi5IT7.part2.rar

https://rapidshare.com/files/1533312548/QSZj6puSyv4ARaONBC1Wi5IT7.part3.rar

https://rapidshare.com/files/2234347381/QSZj6puSyv4ARaONBC1Wi5IT7.part1.rar

https://rapidshare.com/files/1965432758/DpAq5JpLWaq6QMUmWJ2EPg1Tn.part2.rar

https://rapidshare.com/files/3409354098/DpAq5JpLWaq6QMUmWJ2EPg1Tn.part1.rar

https://rapidshare.com/files/3642591068/DpAq5JpLWaq6QMUmWJ2EPg1Tn.part3.rar

https://rapidshare.com/files/944386103/LFbqynYU4HbN3KzXsDvxRm7iN.rar

https://rapidshare.com/files/2874973871/njXY5CqxZE07rr3wcUFO8RBeJ.part3.rar

https://rapidshare.com/files/3639789131/njXY5CqxZE07rr3wcUFO8RBeJ.part2.rar

https://rapidshare.com/files/3788645545/njXY5CqxZE07rr3wcUFO8RBeJ.part1.rar

https://rapidshare.com/files/2010868090/D1O1x7T5GCujLufUSHi7hcDjf.part1.rar

https://rapidshare.com/files/3316974808/D1O1x7T5GCujLufUSHi7hcDjf.part2.rar

https://rapidshare.com/files/3544676772/D1O1x7T5GCujLufUSHi7hcDjf.part3.rar

https://rapidshare.com/files/274469918/rDrxyNZMiwfpG4Ywjv8R8rgx1.part1.rar

https://rapidshare.com/files/811201100/rDrxyNZMiwfpG4Ywjv8R8rgx1.part2.rar

https://rapidshare.com/files/1322166524/oTg2DgNSzPk6tHrR6h6Rz4aaa.part3.rar

https://rapidshare.com/files/2401643982/oTg2DgNSzPk6tHrR6h6Rz4aaa.part1.rar

https://rapidshare.com/files/499176923/oTg2DgNSzPk6tHrR6h6Rz4aaa.part2.rar

https://rapidshare.com/files/1691613902/VXzFpBEGY8sx2399c8BgRD50w.part3.rar

https://rapidshare.com/files/2451566463/VXzFpBEGY8sx2399c8BgRD50w.part1.rar

https://rapidshare.com/files/2792499061/VXzFpBEGY8sx2399c8BgRD50w.part2.rar

https://rapidshare.com/files/2767783914/shEaE97uumQfOjq6AYA8DZOIW.rar

https://rapidshare.com/files/2296277656/1MpgJdP0Fo5K6F0FfEOYXwBY3.part1.rar

https://rapidshare.com/files/926426385/1MpgJdP0Fo5K6F0FfEOYXwBY3.part2.rar

https://rapidshare.com/files/1137091789/nBUVzQTYCkNovfPko5TyjcUVl.part1.rar

https://rapidshare.com/files/268538302/nBUVzQTYCkNovfPko5TyjcUVl.part3.rar

https://rapidshare.com/files/3634608289/nBUVzQTYCkNovfPko5TyjcUVl.part2.rar

https://rapidshare.com/files/1156779392/fROsO27JlBQKv55hEVybdnVMA.part1.rar

https://rapidshare.com/files/2663922650/fROsO27JlBQKv55hEVybdnVMA.part2.rar

https://rapidshare.com/files/474020960/SfPCvvIS9OYGymOe63asJErIJ.rar

https://rapidshare.com/files/608095946/dWDuAKKGfSmJsNdA3dlGWbhdp.part3.rar

https://rapidshare.com/files/618069489/dWDuAKKGfSmJsNdA3dlGWbhdp.part1.rar

https://rapidshare.com/files/820487843/dWDuAKKGfSmJsNdA3dlGWbhdp.part2.rar

https://rapidshare.com/files/4190087925/cxtRBtervNjFZKJ9orPhDgnUA.rar

https://rapidshare.com/files/1336196971/M1KOHC6clGQeHpDCrdWbSG8IU.part1.rar

https://rapidshare.com/files/3042319581/M1KOHC6clGQeHpDCrdWbSG8IU.part3.rar

https://rapidshare.com/files/4281450479/M1KOHC6clGQeHpDCrdWbSG8IU.part2.rar

https://rapidshare.com/files/1086545050/uEpBAsDzY0wFR5xlM2zVq3Mfw.part2.rar

https://rapidshare.com/files/4116552393/uEpBAsDzY0wFR5xlM2zVq3Mfw.part1.rar

https://rapidshare.com/#!download|472p6|4074573727|h7B2u6JtyAepiI3IQE40cDKpC.rar|52543|0|0

https://rapidshare.com/#!download|280p5|1539192670|UiI7j9H4FowvROTG4j7gFkiw4.part2.rar|307783|0|0

https://rapidshare.com/#!download|991p3|1981799226|UiI7j9H4FowvROTG4j7gFkiw4.part1.rar|419430|0|0

https://rapidshare.com/files/2720337991/c0whsPSH9Y24jdFQtTgAXNsuY.part2.rar

https://rapidshare.com/files/382711541/c0whsPSH9Y24jdFQtTgAXNsuY.part3.rar

https://rapidshare.com/files/4178959986/c0whsPSH9Y24jdFQtTgAXNsuY.part1.rar

https://rapidshare.com/files/1500432444/kKkS6i35X5sHxLJY67h4zYffu.part2.rar

https://rapidshare.com/files/2067009497/kKkS6i35X5sHxLJY67h4zYffu.part1.rar

https://rapidshare.com/files/2446850511/4Q4lVT4DJQQlXaJvO7pEesobO.rar

https://rapidshare.com/#!download|884p10|107159031|mhPY06lTc2aOjFLSbQnZZ103x.rar|96045|0|0

https://rapidshare.com/#!download|956p8|407181720|Xz30PyIyos6mYvbC16SsY2ibE.rar|66082|0|0

https://rapidshare.com/files/1227849599/xa_russinasi_epidemz.net_styanulo.net_portizan.ru.part1.rar

https://rapidshare.com/files/134245855/xa_russinasi_epidemz.net_styanulo.net_portizan.ru.part4.rar

https://rapidshare.com/files/2334759886/xa_russinasi_epidemz.net_styanulo.net_portizan.ru.part3.rar

https://rapidshare.com/files/3051945399/xa_russinasi_epidemz.net_styanulo.net_portizan.ru.part2.rar

https://rapidshare.com/#!download|43p10|687382065|x-art_maya_photo_fantasy-lrg.rar|107184|0|0


FOUND AT

http://adultddl.ws/2012/06/11/x-art-12-06-11-stefanie-and-suzie-c-sapphic-experience-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/06/15/x-art-12-06-15-caprice-and-angel-girls-night-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/06/25/x-art-12-06-24-kristen-happy-couple-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/07/02/x-art-12-07-02-silvie-and-ariel-good-vibrations-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/07/18/x-art-12-07-17-maya-backstage-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/07/20/x-art-12-07-20-ivy-wet-dream-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/07/23/x-art-com-12-07-23-gianna-morning-tryst-xxx-imageset-fugli/

http://adultddl.ws/2012/07/25/x-art-com-12-07-24-abby-private-time-xxx-imageset-fugli/

http://adultddl.ws/2012/07/27/x-art-12-07-26-kiera-and-avril-come-to-my-window-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/07/30/x-art-12-07-29-silvie-transcendence-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/08/03/x-art-12-08-03-mary-white-hot-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/08/04/x-art-12-08-03-jessie-farewell-xxx-1080p-mp4-ktr/

http://adultddl.ws/2012/08/06/x-art-12-08-06-leila-kaylee-close-to-the-edge-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/08/10/x-art-12-08-10-susie-inspiration-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/08/13/x-art-12-08-13-jessie-and-anais-xxx-1080p-mp4-ktr/

http://adultddl.ws/2012/08/15/x-art-12-08-15-caprice-and-anneli-threes-company-xxx-1080p-mp4-ktr/

http://adultddl.ws/2012/09/12/x-art-com-12-09-11-grace-amazing-grace-xxx-imageset-fugli/

http://adultddl.ws/2012/09/14/x-art-12-09-10-cindy-morning-memories-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/14/x-art-12-09-11-silvie-classic-beauty-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/14/x-art-com-12-09-14-ariel-red-hot-ariel-xxx-imageset-fugli/

http://adultddl.ws/2012/09/17/x-art-12-09-17-silvie-and-kaylee-underwater-lover-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/21/x-art-12-09-19-gianna-black-lingerie-bliss-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/21/x-art-12-09-21-kristen-in-bed-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/26/x-art-com-12-09-25-anneli-miss-perfect-xxx-imageset-fugli/

http://adultddl.ws/2012/09/28/x-art-com-12-07-15-maya-backstage-xxx-imageset-p4l/

http://adultddl.ws/2012/09/28/x-art-com-12-09-27-maya-photo-fantasy-xxx-imageset-p4l/

http://www.filestube.com/rapidshare/bBQWfduW0cyNrP5Ao63VON/xa-russinasi-epidemz-net-styanulo-net-portizan-ru.html

http://www.filestube.com/rapidshare/bBxPaU4vAfkBEL7AMNxW8g/x-art-maya-photo-fantasy-lrg.html


--------

RYUSHARE

--------

31 FILES (11.50 GIGS)

CRS2695


http://ryushare.com/53c3b3c947c6/x-art_grace_amazing_grace_1080.mov

http://ryushare.com/3wcpmlhp9q32/x-art_grace_foot_fetish_1080.part06.rar

http://ryushare.com/cdrclp8it0r9/x-art_grace_foot_fetish_1080.part03.rar

http://ryushare.com/gnbkqp1tnjjb/x-art_grace_foot_fetish_1080.part05.rar

http://ryushare.com/mi9gbetl962h/x-art_grace_foot_fetish_1080.part01.rar

http://ryushare.com/qtdgvllawnk0/x-art_grace_foot_fetish_1080.part04.rar

http://ryushare.com/ufcm0ep11ihg/x-art_grace_foot_fetish_1080.part02.rar

http://ryushare.com/0bggko2v8a7q/x-art_grace_angelic_1080.mov

http://ryushare.com/3c1e1b050b23/x-art_linsay_pretty_backdoor_baby_

http://ryushare.com/b8i4736wggla/x-art_grace_angelic_1080.mov

http://ryushare.com/14198ea6bf69/X-Art

http://ryushare.com/1330ba016b1d/X-Art

http://ryushare.com/3c1e1b050b23/x-art_linsay_pretty_backdoor_baby_720.wmv

http://ryushare.com/nqlhdhnlbfdt/x-art_

http://ryushare.com/4d65e345439d/X-Art

http://ryushare.com/3c1e1b050b23/x-art_linsay_pret

http://ryushare.com/52dadf245731/X-Art

http://ryushare.com/949336c7592/In_Bed_1080.part2.rar

http://ryushare.com/949336c7593/In_Bed_1080.part1.rar

http://ryushare.com/9607be35dc9/three_for_the_show_1080.part1.rar

http://ryushare.com/98f0cd12dcb/three_for_the_show_1080.part3.rar

http://ryushare.com/9a6554815c1/three_for_the_show_1080.part2.rar

http://ryushare.com/jxuescdr3su2/2_022_B_jpeg.zip

http://ryushare.com/vtf1rg8n4qg3/2_001_Beautiful_jpeg.zip

http://ryushare.com/3791f3ccff87/xrtmayaphotofantasy1080.part3.rar

http://ryushare.com/387ac87211c3/xrtmayaphotofantasy1080.part2.rar

http://ryushare.com/39639d171f05/xrtmayaphotofantasy540.part3.rar

http://ryushare.com/39639d171f26/xrtmayaphotofantasy1080.part1.rar

http://ryushare.com/3a4c71bc2df3/xrtmayaphotofantasy540.part2.rar

http://ryushare.com/3b3546614096/xrtmayaphotofantasy540.part1.rar

http://ryushare.com/3c1e1b065123/xrtmayaphotofantasy1080.part4.rar


FOUND AT

http://www.filestube.com/ryushare/1AzRP6jUwKwcuU1ozXwh4z/x-art-grace-amazing-grace-1080.html

http://www.filestube.com/ryushare/1N11FfbjxHmFhp6bm27xsS/x-art-grace-foot-fetish-1080.html

http://www.filestube.com/ryushare/1rCvj3sSLnddsgsEcekxQ6/x-art-grace-angelic-1080.html

http://www.filestube.com/ryushare/5KUk52EEu5TVhGnOLcmtxb/x-art-linsay-pretty-backdoor-baby-720.html

http://www.filestube.com/ryushare/73UBO3L9Fd0x3XHg5doavt/x-art-grace-angelic-1080.html

http://www.filestube.com/ryushare/8PFyGgvXlheuQzJgXTkp1F/X-Art-Linsay.html

http://www.filestube.com/ryushare/96Ds0wIMepUg0lTlwvI9Ki/X-Art-Grace.html

http://www.filestube.com/ryushare/996K5fv85i8vmmWqeEakOl/x-art-linsay-pretty-backdoor-baby-720.html

http://www.filestube.com/ryushare/9N0nbL1KpfnBIpDhWv82mV/x-art-grace-angelic-1080.html

http://www.filestube.com/ryushare/ayExaNTNrDVzujNJLTryBU/X-Art-Grace-Samantha.html

http://www.filestube.com/ryushare/bMH6pM0hDHjrv28D38ga4g/x-art-linsay-pretty-backdoor-baby-720.html

http://www.filestube.com/ryushare/ddDcsJmo8F5bOV5k3ej19v/X-Art-Grace-Linsay-Nastia.html

http://www.intporn.com/forums/hd-vids/3021871-x-art-hd-videos.html

http://www.intporn.com/forums/models-babes/3019968-full-sets-young-model.html

http://www.intporn.com/forums/xxx-video-mega-threads/2940170-best-collection-best-clip-beautiful-girl-1link-update-daily-33.html#post13097913


------------

SECUREUPLOAD

------------

2 FILES (785 MEGS)

CRS2696


http://www.secureupload.eu/bwxfewnkzdx1

http://www.secureupload.eu/iiktrkpr4sgx


FOUND AT

http://www.intporn.com/forums/xxx-movie-clips-video-scenes/3023010-x-art-miss-perfect-anneli.html

http://www.intporn.com/forums/xxx-movie-clips-video-scenes/3023031-x-art-photo-fantasy-maya.html

----------

SHAREFLARE

----------

2 FILES (1.65 GIGS)

CRS2697


http://shareflare.net/download/92062.90675d97f43e5835ce69ea20d1c6/ktr.xart.12.07.17.maya.backstage.mov.html

http://shareflare.net/download/25666.2d8d84d42a0e0dd22ecfa1b55ce0/x-art_grace_samantha_sneakn_peak_720.wmv.html


FOUND AT

http://www.filestube.com/shareflare/2g7pQnqL70T0zA2tbROja9/ktr-xart-12-07-17-maya-backstage.html

http://www.filestube.com/shareflare/8bTyLrGx7M6H5P6RN05jRG/x-art-grace-samantha-sneakn-peak-720.html


------------

SHARE-ONLINE

------------

70 FILES (26.78 GIGS)

CRS2698


http://www.share-online.biz/dl/0B0DI56MV8

http://www.share-online.biz/dl/7EHCI56M8F

http://www.share-online.biz/dl/LHTCI56MHJII

http://www.share-online.biz/dl/GME1ZF7MR9Q

http://www.share-online.biz/dl/QXQ2ZF7M35

http://www.share-online.biz/dl/QP1A5M6M757

http://www.share-online.biz/dl/SBK95M6MKM

http://www.share-online.biz/dl/3M4OJY7MGYO

http://www.share-online.biz/dl/B6DNJY7MWCW

http://www.share-online.biz/dl/LUZ1788MHJ7

http://www.share-online.biz/dl/NGA2788M705

http://www.share-online.biz/dl/SFG1788M7J

http://www.share-online.biz/dl/6VRZ4C8MV9XG

http://www.share-online.biz/dl/E2I15C8MTS

http://www.share-online.biz/dl/GIUX4C8MNE

http://www.share-online.biz/dl/0OB8LP8M9S

http://www.share-online.biz/dl/4C79LP8MG8TB

http://www.share-online.biz/dl/A839LP8M94

http://www.share-online.biz/dl/XSP8LP8MC4OP

http://www.share-online.biz/dl/2SJBHT8MQT8W

http://www.share-online.biz/dl/9WXAHT8MHF

http://www.share-online.biz/dl/BB1CHT8MTC3

http://www.share-online.biz/dl/4EGFJ09MKY1

http://www.share-online.biz/dl/8V9FJ09MSUV

http://www.share-online.biz/dl/TWJEJ09M30S

http://www.share-online.biz/dl/Z9UDJ09MHCG

http://www.share-online.biz/dl/HBS8H59M897

http://www.share-online.biz/dl/YUJ8H59MWVKS

http://www.share-online.biz/dl/9VEBWC9MJEC

http://www.share-online.biz/dl/ICWBWC9MQWC

http://www.share-online.biz/dl/S98CWC9MO0I

http://www.share-online.biz/dl/7O0KTI9MHMM

http://www.share-online.biz/dl/AT1JTI9MCFW

http://www.share-online.biz/dl/MRMKTI9MQ9P9

http://www.share-online.biz/dl/3XQXDV9MHCJ

http://www.share-online.biz/dl/MFFXDV9MTW

http://www.share-online.biz/dl/TH1YDV9MY7

http://www.share-online.biz/dl/Z4K4N1AMDOZ

http://www.share-online.biz/dl/CEFU98AMKRFX

http://www.share-online.biz/dl/E97U98AM3EC0

http://www.share-online.biz/dl/0YKCN8AMF5

http://www.share-online.biz/dl/551DN8AMQV3

http://www.share-online.biz/dl/JF5CN8AMXC4

http://www.share-online.biz/dl/JPTCN8AM6YW

http://www.share-online.biz/dl/COL978AMPG

http://www.share-online.biz/dl/GCU2GBAMFVK

http://www.share-online.biz/dl/I9R3GBAMHB9

http://www.share-online.biz/dl/S8N4GBAMSB

http://www.share-online.biz/dl/ZTF4GBAM3UE6

http://www.share-online.biz/dl/D0M0DBAMVAI

http://www.share-online.biz/dl/ETM1DBAMWUB

http://www.share-online.biz/dl/JSH1DBAM792

http://www.share-online.biz/dl/3QNLGBAM0YL

http://www.share-online.biz/dl/DK0KGBAMUI8

http://www.share-online.biz/dl/HSOKGBAMCL

http://www.share-online.biz/dl/JACLGBAMDQX

http://www.share-online.biz/dl/QSK02CAMYVC

http://www.share-online.biz/dl/3FAAXHAMJKI

http://www.share-online.biz/dl/DK1AXHAMJKAM

http://www.share-online.biz/dl/Z7O9XHAM6X8

http://www.share-online.biz/dl/06DQAPAMOH

http://www.share-online.biz/dl/DAHOAPAM9P

http://www.share-online.biz/dl/ORLPAPAM0GC

http://www.share-online.biz/dl/QXJQAPAM1G

http://www.share-online.biz/dl/E5FH8PAMF8LP

http://www.share-online.biz/dl/LDSH8PAMRY

http://www.share-online.biz/dl/WBVH8PAMDLOV

http://www.share-online.biz/dl/YMU96YAM0IMG

http://www.share-online.biz/dl/N2M691BMGU2

http://www.share-online.biz/dl/0WTE71BM21


FOUND AT

http://adultddl.ws/2012/06/25/x-art-12-06-24-kristen-happy-couple-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/07/20/x-art-12-07-20-ivy-wet-dream-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/07/27/x-art-12-07-26-kiera-and-avril-come-to-my-window-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/07/30/x-art-12-07-29-silvie-transcendence-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/08/04/x-art-12-08-03-jessie-farewell-xxx-1080p-mp4-ktr/

http://adultddl.ws/2012/08/06/x-art-12-08-06-leila-kaylee-close-to-the-edge-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/08/13/x-art-12-08-13-jessie-and-anais-xxx-1080p-mp4-ktr/

http://adultddl.ws/2012/08/15/x-art-12-08-15-caprice-and-anneli-threes-company-xxx-1080p-mp4-ktr/

http://adultddl.ws/2012/08/19/x-art-12-08-18-ivy-this-side-of-paradise-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/08/22/x-art-12-08-21-abby-private-time-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/08/26/x-art-12-08-26-jessie-starting-over-xxx-1080p-mp4-ktr/

http://adultddl.ws/2012/08/29/x-art-12-08-28-mary-and-ariel-perfect-together-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/05/x-art-12-09-04-kaylee-first-love-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/08/x-art-com-12-09-08-cindy-and-tyler-morning-memories-xxx-imageset-fugli/

http://adultddl.ws/2012/09/12/x-art-12-08-03-mary-white-hot-xxx-1080p-mov-ktr-2/

http://adultddl.ws/2012/09/12/x-art-12-08-15-caprice-and-anneli-threes-company-xxx-1080p-mp4-ktr-2/

http://adultddl.ws/2012/09/12/x-art-com-12-09-11-grace-amazing-grace-xxx-imageset-fugli/

http://adultddl.ws/2012/09/14/x-art-12-09-10-cindy-morning-memories-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/14/x-art-12-09-11-silvie-classic-beauty-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/14/x-art-12-09-13-grace-amazing-grace-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/14/x-art-com-12-09-14-ariel-red-hot-ariel-xxx-imageset-fugli/

http://adultddl.ws/2012/09/17/x-art-12-09-17-silvie-and-kaylee-underwater-lover-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/21/x-art-12-09-19-gianna-black-lingerie-bliss-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/21/x-art-12-09-21-kristen-in-bed-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/26/x-art-com-12-09-25-anneli-miss-perfect-xxx-imageset-fugli/

http://adultddl.ws/2012/09/28/x-art-com-12-07-15-maya-backstage-xxx-imageset-p4l/

http://adultddl.ws/2012/09/28/x-art-com-12-09-27-maya-photo-fantasy-xxx-imageset-p4l/


--------

TURBOBIT

--------

26 files (9.02 GIGS)

CRS2699


http://turbobit.net/n2urzbzvz3ax.html

http://turbobit.net/n88p17l836va.html

http://turbobit.net/dj0ya437mini.html

http://turbobit.net/ubf55w7k9hvs.html

http://turbobit.net/0rwbtrtw3uus.html

http://turbobit.net/ob46af9blqoe.html

http://turbobit.net/245v2mayhz3v.html

http://turbobit.net/vqyhvq3e1rie.html

http://turbobit.net/59mevm69t5e0.html

http://turbobit.net/5nxpukpxtuzb.html

http://turbobit.net/fp19wxrv6r78.html

http://turbobit.net/h6zrrtijxwtp.html

http://turbobit.net/s6cwu8bick71.html

http://turbobit.net/1cq2zxwz8j6i.html?ps=9371

http://turbobit.net/whywa19xtu7e.html?ps=9371

http://turbobit.net/9jry919zu35p.html

http://turbobit.net/qg69y1r20fj1.html?ps=9371

http://turbobit.net/shhu8yjnyd6v.html?ps=9371

http://turbobit.net/xtocqln3izg0.html?ps=9371

http://turbobit.net/gxumvwiscfl7.html

http://turbobit.net/lmja4fjfjhgb/X-Art_-_Grace__Samantha-sunflower.wmv.html?ps=9371

http://turbobit.net/9gjwoqk65avg.html

http://turbobit.net/v3626rn3i6m8.html

http://turbobit.net/d44x0ahka8mo.html

http://turbobit.net/imtms21kkgj3/xa%2012.07.17.m.b.part2.rar.html

http://turbobit.net/y55zq3hubt3u/xa%2012.07.17.m.b.part1.rar.html


FOUND AT

http://adultddl.ws/2012/09/14/x-art-12-09-13-grace-amazing-grace-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/21/x-art-12-09-21-kristen-in-bed-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/26/x-art-com-12-09-25-anneli-miss-perfect-xxx-imageset-fugli/

http://adultddl.ws/2012/09/28/x-art-com-12-07-15-maya-backstage-xxx-imageset-p4l/

http://adultddl.ws/2012/09/28/x-art-com-12-09-27-maya-photo-fantasy-xxx-imageset-p4l/

http://www.filestube.com/2tUUMoUMHzT6sUlaNO0mTw/x-art-linsay-pretty-backdoor-baby-540.html

http://www.filestube.com/4BMBHvlnn9yVLQK9tR2rvX/x-art-linsay-pretty-backdoor-baby-1080.html

http://www.filestube.com/51GzoBiV6AlCpTCs3eeasK/x-art-grace-breakfast-in-bed-540.html

http://www.filestube.com/5Ha6IjFvjXNLIPxG5uqj2J/x-art-linsay-pretty-backdoor-baby-540.html

http://www.filestube.com/b1xAfq6re86SNVxwa31LU/x-art-linsay-pretty-backdoor-baby-1080.html

http://www.filestube.com/cg89cxToeDHvWUtVhVVaj/x-art-linsay-pretty-backdoor-baby-720.html

http://www.filestube.com/turbobit/2qVzD1eMTlnUblafOEMM3v/X-Art-Grace-Samantha-sunflower.html

http://www.filestube.com/turbobit/8O25CufBPcIh2euBDkf8Xc/12-04-16-x-art-grace-breakfast-in-bed-720.html

http://www.filestube.com/turbobit/9xC7iumU16UbdLXdfDiFwi/XA-Grace-Linsay-Russian-Invasion-x49-4000px2012-08-26.html

http://www.filestube.com/turbobit/ctV60o4KBAvPultswVn6nb/x-art-linsay-pretty-backdoor-baby-720.html

http://www.warez-home.net/porn-movies/176678-x-art-12-07-17-maya.html


------------

ULTRAMEGABIT

------------

2 FILES (785 MEGS)

CRS2700


http://ultramegabit.com/file/details/G7ooo3IP-HE

http://ultramegabit.com/file/details/TaSG12DB2JA

FOUND AT

http://www.intporn.com/forums/xxx-movie-clips-video-scenes/3023010-x-art-miss-perfect-anneli.html

http://www.intporn.com/forums/xxx-movie-clips-video-scenes/3023031-x-art-photo-fantasy-maya.html

--------

UPLOADED

--------

66 FILES (22.16 GIGS)

CRS2701

http://uploaded.net/file/fh56at0z

http://uploaded.net/file/799a0quj

http://uploaded.net/file/3m6pf46i

http://uploaded.net/file/mhc9shrh

http://uploaded.net/file/58nlg5ju

http://uploaded.net/file/3kp85tlh

http://uploaded.net/file/wi99odph

http://uploaded.net/file/3vjosghb

http://uploaded.net/file/cm2hkvjm

http://uploaded.net/file/r1giq9ij

http://uploaded.net/file/0cvdsy0w

http://uploaded.net/file/44ernm2h

http://uploaded.net/file/ggmx47ed

http://uploaded.net/file/peb3fqjx

http://uploaded.net/file/vbn5k0xy

http://uploaded.net/file/csf0cofr

http://uploaded.net/file/xunyzskk

http://uploaded.net/file/ypjakykv

http://uploaded.net/file/zlbv0arf

http://uploaded.net/file/06cfdbsm

http://uploaded.net/file/k1ugt712

http://uploaded.net/file/rm3vxdm3

http://uploaded.net/file/enivqrc4

http://uploaded.net/file/b5wgxsep

http://uploaded.net/file/klyzzee9

http://uploaded.net/file/5dxch7qa

http://uploaded.net/file/btnionb4

http://uploaded.net/file/w2fkh9vc

http://uploaded.net/file/geyu87sf

http://uploaded.net/file/l8i7llog

http://uploaded.net/file/lzb71f5u

http://uploaded.net/file/bftiq9li

http://uploaded.net/file/lmv5eq0j

http://uploaded.net/file/vzoy0nx6

http://uploaded.net/file/wxzp8mk2

http://uploaded.net/file/3mxgf01n

http://uploaded.net/file/epcg0r5u

http://uploaded.net/file/k6quj1tk

http://uploaded.net/file/h8e8pc6m

http://uploaded.net/file/qcpi8spc

http://uploaded.net/file/fhiavfwv

http://uploaded.net/file/xlroswur

http://uploaded.net/file/5l3i3o36

http://uploaded.net/file/fdpqpkt2

http://uploaded.net/file/mkc0ynav

http://uploaded.net/file/1222h4vl

http://uploaded.net/file/btqjw42k

http://uploaded.net/file/fstkawff

http://uploaded.net/file/hggnlgy8

http://uploaded.net/file/2533z55v

http://uploaded.net/file/2hmaj0de

http://uploaded.net/file/0onxlgeh

http://uploaded.net/file/7xp20v8n

http://uploaded.net/file/byimktgm

http://uploaded.net/file/87far786

http://uploaded.net/file/dgdpipw5

http://uploaded.net/file/dst55mfe

http://uploaded.net/file/dcftoxw8

http://uploaded.net/file/g53j8sml

http://uploaded.net/file/lvz5aa7f

http://uploaded.net/file/j8jii5r4

http://uploaded.net/file/mj8f0aaz

http://uploaded.net/file/4o939bwq

http://uploaded.net/file/o81y20uv

http://uploaded.net/file/7lq2q3hy

http://uploaded.net/file/pcrlzb8q

FOUND AT

http://adultddl.ws/2012/06/11/x-art-12-06-11-stefanie-and-suzie-c-sapphic-experience-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/06/20/x-art-12-06-20-avril-strawberry-blonde-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/06/25/x-art-12-06-24-kristen-happy-couple-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/07/02/x-art-12-07-02-silvie-and-ariel-good-vibrations-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/07/06/x-art-12-07-05-hayden-h-and-bree-sunday-afternoon-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/07/09/x-art-12-07-09-grace-angelic-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/07/11/x-art-12-07-11-grace-pure-grace-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/07/20/x-art-12-07-20-ivy-wet-dream-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/07/23/x-art-com-12-07-23-gianna-morning-tryst-xxx-imageset-fugli/

http://adultddl.ws/2012/07/24/x-art-12-07-24-gianna-morning-tryst-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/07/27/x-art-12-07-26-kiera-and-avril-come-to-my-window-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/07/30/x-art-12-07-29-silvie-transcendence-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/08/03/x-art-12-08-03-mary-white-hot-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/08/10/x-art-12-08-10-susie-inspiration-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/08/19/x-art-12-08-18-ivy-this-side-of-paradise-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/08/22/x-art-12-08-21-abby-private-time-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/08/26/x-art-12-08-26-jessie-starting-over-xxx-1080p-mp4-ktr/

http://adultddl.ws/2012/08/29/x-art-12-08-28-mary-and-ariel-perfect-together-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/05/x-art-12-09-04-kaylee-first-love-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/08/x-art-com-12-09-08-cindy-and-tyler-morning-memories-xxx-imageset-fugli/

http://adultddl.ws/2012/09/12/x-art-12-08-03-mary-white-hot-xxx-1080p-mov-ktr-2/

http://adultddl.ws/2012/09/12/x-art-12-08-15-caprice-and-anneli-threes-company-xxx-1080p-mp4-ktr-2/

http://adultddl.ws/2012/09/12/x-art-com-12-09-11-grace-amazing-grace-xxx-imageset-fugli/

http://adultddl.ws/2012/09/14/x-art-12-09-10-cindy-morning-memories-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/14/x-art-12-09-11-silvie-classic-beauty-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/14/x-art-12-09-11-silvie-classic-beauty-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/14/x-art-12-09-13-grace-amazing-grace-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/14/x-art-com-12-09-14-ariel-red-hot-ariel-xxx-imageset-fugli/

http://adultddl.ws/2012/09/17/x-art-12-09-17-silvie-and-kaylee-underwater-lover-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/21/x-art-12-09-19-gianna-black-lingerie-bliss-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/21/x-art-12-09-21-kristen-in-bed-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/26/x-art-com-12-09-25-anneli-miss-perfect-xxx-imageset-fugli/

http://adultddl.ws/2012/09/28/x-art-com-12-07-15-maya-backstage-xxx-imageset-p4l/

http://adultddl.ws/2012/09/28/x-art-com-12-09-27-maya-photo-fantasy-xxx-imageset-p4l/

http://www.intporn.com/forums/xxx-movie-clips-video-scenes/3021790-x-art-maya-photo-fantasy-2012-hd-1080p.html


---------

UPLOADING

---------

2 FILES (99 MEGS)

CRS2702


http://uploading.com/files/52aem9bm/

http://uploading.com/files/3a4me33f/


FOUND AT

http://www.filestube.com/imxg8qNC7wwszmvs3feKH/x-art-malena-delicious-lrg.html

http://www.filestube.com/uploading/d4sIQNJkt9RO11OzNfIoBu/XA-Grace-Linsay-Russian-Invasion.html

----------

ZIPPYSHARE

----------

42 FILES (3.82 GIGS)

CRS2703


http://www15.zippyshare.com/v/60377628/file.html

http://www17.zippyshare.com/v/84339892/file.html

http://www19.zippyshare.com/v/32188341/file.html

http://www23.zippyshare.com/v/64161069/file.html

http://www35.zippyshare.com/v/68247423/file.html

http://www63.zippyshare.com/v/34938110/file.html

http://www63.zippyshare.com/v/96756081/file.html

http://www64.zippyshare.com/v/74787181/file.html

http://www65.zippyshare.com/v/2016923/file.html

http://www19.zippyshare.com/v/65713246/file.html

http://www25.zippyshare.com/v/85886379/file.html

http://www30.zippyshare.com/v/57607061/file.html

http://www35.zippyshare.com/v/86728795/file.html

http://www63.zippyshare.com/v/47921994/file.html

http://www8.zippyshare.com/v/15426417/file.html

http://www1.zippyshare.com/v/54132959/file.html

http://www22.zippyshare.com/v/78703565/file.html

http://www27.zippyshare.com/v/2484752/file.html

http://www3.zippyshare.com/v/145631/file.html

http://www30.zippyshare.com/v/14289320/file.html

http://www37.zippyshare.com/v/55180009/file.html

http://www63.zippyshare.com/v/33544861/file.html

http://www8.zippyshare.com/v/153323/file.html

http://www8.zippyshare.com/v/71904428/file.html

http://www10.zippyshare.com/v/81617786/file.html

http://www17.zippyshare.com/v/25572501/file.html

http://www23.zippyshare.com/v/10528368/file.html

http://www32.zippyshare.com/v/91451295/file.html

http://www34.zippyshare.com/v/46694018/file.html

http://www36.zippyshare.com/v/82195772/file.html

http://www6.zippyshare.com/v/14154524/file.html

http://www63.zippyshare.com/v/89691590/file.html

http://www10.zippyshare.com/v/90931802/file.html

http://www22.zippyshare.com/v/3364146/file.html

http://www22.zippyshare.com/v/443481/file.html

http://www47.zippyshare.com/v/65577336/file.html

http://www11.zippyshare.com/v/26605404/file.html

http://www33.zippyshare.com/v/74292425/file.html

http://www2.zippyshare.com/v/14549453/file.html

http://www66.zippyshare.com/v/99642099/file.html

http://www2.zippyshare.com/v/56561660/file.html

http://www63.zippyshare.com/v/23961971/file.html


FOUND AT

http://adultddl.ws/2012/09/14/x-art-12-09-10-cindy-morning-memories-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/14/x-art-12-09-11-silvie-classic-beauty-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/14/x-art-12-09-13-grace-amazing-grace-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/21/x-art-12-09-19-gianna-black-lingerie-bliss-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/21/x-art-12-09-21-kristen-in-bed-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/26/x-art-com-12-09-25-anneli-miss-perfect-xxx-imageset-fugli/

http://adultddl.ws/2012/09/28/x-art-com-12-07-15-maya-backstage-xxx-imageset-p4l/

http://adultddl.ws/2012/09/28/x-art-com-12-09-27-maya-photo-fantasy-xxx-imageset-p4l/


------

GOOGLE

------

381 SE LINKS


http://kat.ph/search/x%20art%20morning%20tryst/

http://www.filestube.com/d/download+video+x-art

http://www.filestube.com/m/maya+x-art+download

http://thepiratebay.se/torrent/6248850

http://thepiratebay.se/torrent/7465531/[1080p].X-Art_-_Ivy_(Wet_Dream)

http://extratorrent.com/torrent_download/2752334/X-Art+-+Morning+Tryst+-+Gianna+[720p].wmv.torrent

http://www.4shared.net/x+art+downloads

http://www.javuc.com/2012/09/casual-affair.html

http://blogger2.be/download/x-art-maya-photo-fantasy-2012-hd-1080p/

http://blogger2.be/download/x-art-com-maya-photo-fantasy-hd-720p-1080p/

http://blogger2.be/download/x-art-grace-linsay-nastia-2012-hd-1080p/

http://blogger2.be/download/x-art-photo-fantasy-maya-720p-1080p-hd/

http://kat.ph/x-art-photo-fantasy-maya-720p-mov-t6693171.html

http://extratorrent.com/torrent/2816375/X-Art+-+Maya+(Photo+Fantasy+-+28.09.12).html

http://extratorrent.com/torrent/2815926/X-Art+-Maya+(Photo+Fantasy+-+28.09.12).html

http://torrentz.eu/xa/X-Art+Photo+Fantasy-q

http://torrentz.cd/937e7b09fcf922a4256830c65f67a2c310d2a673/X-Art.com-
12.09.27.Maya.Photo.Fantasy.XXX.iMAGESET-P4L.torrent

http://desibbrg.com/forums/showthread.php?p=1208981

http://isohunt.com/torrent_details/415894905/?tab=summary#.UGiFcU3A-Nk

http://h33t.com/torrent/04636585/x-art-photo-fantasy-maya-1080p-mov

http://www.filestube.com/x/x+art+photo+fantasy

http://www.filestube.com/x/x+art+photo+fantasy+maya

http://www.torrentbit.net/torrent/2324064/X-Art%20-%20Photo%20Fantasy%20-%20Maya%20[720p].mov/

http://kat.ph/search/x%20art%20%20%20photo%20fantasy/

http://kat.ph/search/photo%20fantasy%20x%20art/

http://extratorrent.com/torrent/2816326/X-Art.com-
Maya.Photo.Fantasy.*+*+NEW+28+September+2012+*+*+.iMAGESET-P4L.html

http://extratorrent.com/torrent_download/2815885/X-Art+-+Photo+Fantasy+-+Maya+[720p].mov.torrent

http://extratorrent.com/torrent/2815680/X-Art.com_12.09.26.Maya.Photo.Fantasy.XXX.IMAGESET-
FuGLi.html

http://extratorrent.com/torrent_download/2815926/X-Art+-Maya+(Photo+Fantasy+-+28.09.12).torrent

http://extratorrent.com/torrent_download/2815927/X-Art+-Maya+(Photo+Fantasy+-
+28.09.12)+720p+HD.torrent

http://extratorrent.com/torrent_download/2815680/X-Art.com-
Maya.Photo.Fantasy.*+*+NEW+27+September+2012+*+*+.IMAGESET-FuGLi.torrent

http://extratorrent.com/torrent_download/2816326/X-
Art.com_12.09.27.Maya.Photo.Fantasy.XXX.iMAGESET-P4L.torrent

http://extratorrent.com/torrent_download/2815680/X-
Art.com_12.09.26.Maya.Photo.Fantasy.XXX.IMAGESET-FuGLi.torrent

http://kat.ph/search/x%20art%20fantasy%20photo/

http://torrentz.eu/xa/xart+Photo+Fantasy-q

http://extratorrent.com/torrent_download/2816326/X-Art.com-
Maya.Photo.Fantasy.*+*+NEW+28+September+2012+*+*+.iMAGESET-P4L.torrent

http://extratorrent.com/error/TorrentNotFound/X-
Art.com_12.09.27.Maya.Photo.Fantasy.XXX.iMAGESET.html

http://torrentz.eu/ph/photo+fantasy+x+art-q

http://isohunt.com/torrent_details/415912037/?tab=summary#.UGiGv03A-Nk

http://www.filestube.com/x/x+art+photo+fantasy+1080

http://www.filestube.com/x/x+art+photo+fantasy+720

http://kat.ph/search/x%20art%20photo%20fant/

http://h33t.com/torrent/04636330/x-art-photo-fantasy-maya-720p-mov

http://kat.ph/search/x%20photo%20fantasy/

http://kat.ph/search/x%20art%20%E2%80%93%20maya%20(photo%20fantasy)/

http://kat.ph/search/%5Bx%20art%5D%20photo%20fantasy/

http://extratorrent.com/torrent_files/2815885/X-Art+-+Photo+Fantasy+-+Maya+[720p].mov.html

http://extratorrent.com/torrent_files/2815961/X-Art+-+Photo+Fantasy+-+Maya+[1080p].mov.html

http://extratorrent.com/torrent_files/2816375/X-Art+-+Maya+(Photo+Fantasy+-+28.09.12).html

http://thepiratebay.se/torrent/7679949

http://extratorrent.com/torrent_files/2815926/X-Art+-Maya+(Photo+Fantasy+-+28.09.12).html

http://extratorrent.com/torrent_files/2815930/X-Art+-Maya+(Photo+Fantasy+-+28.09.12)+1080p+HD.html

http://extratorrent.com/torrent_files/2815680/X-Art.com_12.09.26.Maya.Photo.Fantasy.XXX.IMAGESET-
FuGLi.html

http://torrentz.cd/a5df840d07a3383718d33b01cc0fc45815a134f0/X-Art-Photo-Fantasy-Maya-720p-
.mov.torrent

http://torrentz.eu/ph/photo+fantasy+xart-q

http://kat.ph/search/x%20art%20maya%20photo%20fantasy/

http://kat.ph/search/fantasy%20photo%20art/

http://kat.ph/search/photo%20fantasy%20maya/

http://kat.ph/search/x%20art%20%22photo%20fantasy%22/

http://www.legendarydevils.com/misc/80218864-x-art-maya-photo-fantasy-sept-28-2012-a.html

http://isohunt.com/torrent_details/415912037/?tab=comments#.UGiHSk3A-Nk

http://isohunt.com/torrent_details/415894905/Code+37?tab=comments#.UGiHSU3A-Nk

http://kat.ph/search/photo.x.art/

http://torrentz.eu/ar/art+photo+fantasy-q

http://adultddl.ws/2012/09/28/x-art-com-12-09-27-maya-photo-fantasy-xxx-imageset-p4l/

http://h33t.com/torrent/04637434/x-art-maya-photo-fantasy-28-09-12

http://adultddl.ws/2012/09/28/x-art-com-12-07-15-maya-backstage-xxx-imageset-p4l/

http://adultddl.ws/2012/09/26/x-art-com-12-09-25-anneli-miss-perfect-xxx-imageset-fugli/

http://adultddl.ws/2012/09/21/x-art-12-09-19-gianna-black-lingerie-bliss-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/21/x-art-12-09-21-kristen-in-bed-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/17/x-art-12-09-17-silvie-and-kaylee-underwater-lover-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/14/x-art-com-12-09-14-ariel-red-hot-ariel-xxx-imageset-fugli/

http://adultddl.ws/2012/09/14/x-art-12-09-13-grace-amazing-grace-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/14/x-art-12-09-10-cindy-morning-memories-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/14/x-art-12-09-11-silvie-classic-beauty-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/09/12/x-art-12-08-15-caprice-and-anneli-threes-company-xxx-1080p-mp4-ktr-2/

http://adultddl.ws/2012/09/12/x-art-12-08-03-mary-white-hot-xxx-1080p-mov-ktr-2/

http://adultddl.ws/2012/09/12/x-art-com-12-09-11-grace-amazing-grace-xxx-imageset-fugli/

http://adultddl.ws/2012/09/08/x-art-com-12-09-08-cindy-and-tyler-morning-memories-xxx-imageset-fugli/

http://adultddl.ws/2012/09/05/x-art-12-09-04-kaylee-first-love-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/08/29/x-art-12-08-28-mary-and-ariel-perfect-together-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/08/27/x-art-com-12-08-26-grace-russian-invasion-xxx-imageset-fugli/

http://adultddl.ws/2012/08/26/x-art-12-08-26-jessie-starting-over-xxx-1080p-mp4-ktr/

http://adultddl.ws/2012/08/24/x-art-12-08-23-silvie-unbelievably-beautiful-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/08/22/x-art-12-08-21-abby-private-time-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/08/22/x-art-com-12-08-22-silvie-unbelievably-beautiful-xxx-imageset-fugli/

http://adultddl.ws/2012/08/19/x-art-12-08-18-ivy-this-side-of-paradise-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/08/15/x-art-12-08-15-caprice-and-anneli-threes-company-xxx-1080p-mp4-ktr/

http://adultddl.ws/2012/08/13/x-art-12-08-13-jessie-and-anais-xxx-1080p-mp4-ktr/

http://adultddl.ws/2012/08/10/x-art-12-08-10-susie-inspiration-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/08/08/x-art-com-12-08-07-jessie-coucher-avec-une-autre-fille-xxx-imageset-fugli/

http://adultddl.ws/2012/08/06/x-art-12-08-06-leila-kaylee-close-to-the-edge-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/08/04/x-art-12-08-03-jessie-farewell-xxx-1080p-mp4-ktr/

http://adultddl.ws/2012/08/03/x-art-12-08-03-mary-white-hot-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/07/30/x-art-12-07-29-silvie-transcendence-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/07/27/x-art-12-07-26-kiera-and-avril-come-to-my-window-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/07/25/x-art-com-12-07-24-abby-private-time-xxx-imageset-fugli/

http://adultddl.ws/2012/07/24/x-art-12-07-24-gianna-morning-tryst-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/07/23/x-art-com-12-07-23-gianna-morning-tryst-xxx-imageset-fugli/

http://adultddl.ws/2012/07/20/x-art-12-07-20-ivy-wet-dream-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/07/18/x-art-12-07-17-maya-backstage-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/07/11/x-art-12-07-11-grace-pure-grace-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/07/09/x-art-12-07-09-grace-angelic-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/07/06/x-art-12-07-05-hayden-h-and-bree-sunday-afternoon-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/07/04/x-art-12-07-03-addison-positively-in-love-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/07/02/x-art-12-07-02-silvie-and-ariel-good-vibrations-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/06/25/x-art-12-06-24-kristen-happy-couple-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/06/20/x-art-12-06-20-avril-strawberry-blonde-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/06/15/x-art-12-06-15-caprice-and-angel-girls-night-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/06/11/x-art-12-06-11-stefanie-and-suzie-c-sapphic-experience-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/06/06/x-art-12-06-06-avril-young-and-hot-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/06/04/x-art-12-06-04-bree-on-my-own-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/06/01/x-art-12-06-01-grace-and-samantha-sneak-n-peek-xxx-1080p-wmv-ktr/

http://adultddl.ws/2012/05/30/x-art-12-05-29-kaylee-teenage-dream-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/05/23/x-art-12-05-23-stefanie-like-a-dove-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/05/21/x-art-12-05-21-avril-l-a-love-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/05/16/x-art-12-05-16-connie-romantic-memories-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/05/14/x-art-12-05-13-hayden-h-and-kiera-silver-bullets-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/05/11/x-art-12-05-11-diana-introducing-diana-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/05/09/x-art-12-05-08-linsay-pretty-back-door-baby-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/05/05/x-art-com-12-05-03-diana-introducing-diana-xxx-imageset-fugli/

http://adultddl.ws/2012/04/30/x-art-12-04-30-angel-little-lover-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/04/27/x-art-12-04-27-ivy-heaven-sent-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/04/23/x-art-12-04-22-erica-slow-motion-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/04/21/x-art-com-12-04-19-grace-breakfast-in-bed-xxx-imageset-fugli/

http://adultddl.ws/2012/04/21/x-art-com-12-04-20-kaylee-teenage-dream-xxx-imageset-fugli/

http://adultddl.ws/2012/04/16/x-art-12-04-16-grace-breakfast-in-bed-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/04/11/x-art-12-04-10-carla-and-abby-roommates-xxx-1080p-wmv-ktr/

http://adultddl.ws/2012/04/09/x-art-12-04-08-silvie-wild-at-heart-xxx-1080p-wmv-ktr/

http://adultddl.ws/2012/04/04/x-art-12-04-03-brooklyn-evening-at-home-part-2-xxx-1080p-wmv-ktr/

http://adultddl.ws/2012/04/02/x-art-12-04-01-kaylee-introducing-kaylee-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/03/27/x-art-12-03-27-tiffany-and-abby-perfect-girls-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/03/26/x-art-12-03-25-carmen-paradise-found-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/03/21/x-art-12-03-21-brooklyn-evening-at-home-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/03/12/x-art-12-03-12-tiffany-california-dreams-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/03/10/x-art-com-12-03-09-kaylee-introducing-kaylee-xxx-imageset-fugli/

http://adultddl.ws/2012/03/03/x-art-com-12-03-02-eufrat-dirty-girl-xxx-imageset-fugli/

http://adultddl.ws/2012/02/29/x-art-12-02-29-tiffany-like-the-first-time-xxx-1080p-mov-sexors/

http://adultddl.ws/2012/02/27/x-art-com-12-02-27-tiffany-young-passion-xxx-imageset-fugli/

http://adultddl.ws/2012/02/20/x-art-12-02-19-angel-afternoon-delight-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/02/08/x-art-12-02-08-connie-true-love-xxx-1080p-mov-sexors/

http://adultddl.ws/2012/02/01/x-art-12-02-01-leila-last-night-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/01/30/x-art-12-01-30-caprice-one-and-only-caprice-xxx-1080p-mov-sexors/

http://adultddl.ws/2012/01/25/x-art-12-01-24-veronika-coming-home-xxx-1080p-mov-sexors/

http://adultddl.ws/2012/01/21/x-art-com-12-01-20-leila-and-carmen-christmas-vacation-xxx-imageset-ieva/

http://adultddl.ws/2012/01/20/x-art-12-01-19-leila-morning-fantasy-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/01/18/x-art-com-12-01-16-angel-afternoon-delight-xxx-imageset-fugli/

http://adultddl.ws/2012/01/13/x-art-12-01-13-leila-and-anneli-menage-a-trois-xxx-1080p-mov-ktr/

http://adultddl.ws/2012/01/12/x-art-com-12-01-11-leila-and-anneli-menage-a-trois-xxx-imageset-fugli/

http://adultddl.ws/2012/01/11/x-art-com-12-01-10-leila-and-anneli-menage-a-trois-xxx-imageset-ieva/

http://adultddl.ws/2012/01/06/x-art-com-12-01-06-caprice-and-anneli-girl-time-xxx-imageset-fugli/

http://adultddl.ws/2012/01/04/x-art-12-01-03-angel-seaside-romp-xxx-1080p-wmv-ieva/

http://adultddl.ws/2012/01/03/x-art-com-12-01-02-caprice-fun-in-the-sun-xxx-imageset-fugli/

http://adultddl.ws/2011/12/31/x-art-11-12-30-connie-lovers-in-paradise-xxx-1080p-mov-ktr/

http://adultddl.ws/2011/12/28/x-art-11-12-26-leila-and-carmen-christmas-vacation-xxx-1080p-mov-ktr/

http://adultddl.ws/2011/12/22/x-art-11-12-22-angel-journey-to-the-east-xxx-1080p-wmv-ktr/

http://adultddl.ws/2011/12/20/x-art-11-12-19-anneli-dream-girl-xxx-1080p-wmv-ktr/

http://adultddl.ws/2011/12/16/x-art-11-12-12-carla-happy-ending-xxx-repack-1080p-mov-ktr/

http://adultddl.ws/2011/12/16/x-art-11-12-09-caprice-tropical-vibe-xxx-repack-1080p-mov-ktr/

http://adultddl.ws/2011/12/14/x-art-11-12-12-carla-happy-ending-xxx-1080p-mov-ktr/

http://adultddl.ws/2011/12/10/x-art-11-12-09-caprice-tropical-vibe-xxx-1080p-mov-ktr/

http://adultddl.ws/2011/12/02/x-art-11-12-02-constance-x-art-on-tv-xxx-1080p-mov-sexors/

http://adultddl.ws/2011/11/25/x-art-11-11-25-anneli-and-ivy-the-masseuse-xxx-1080p-mov-sexors/

http://adultddl.ws/2011/11/21/x-art-11-11-20-kitty-after-hours-xxx-1080p-mov-sexors/

http://adultddl.ws/2011/11/10/x-art-11-11-09-eufrat-my-love-xxx-1080p-mov-sexors/

http://adultddl.ws/2011/11/03/x-art-11-11-03-abby-the-rich-girl-part-one-xxx-720p-mov-sexors/

http://adultddl.ws/2011/10/31/x-art-11-10-28-tabitha-stay-with-me-xxx-1080p-mov-ktr/

http://adultddl.ws/2011/10/30/x-art-11-10-28-tabitha-stay-with-me-xxx-hr-mov-ktr/

http://adultddl.ws/2011/10/23/x-art-11-10-21-erica-sunshine-holiday-in-spain-xxx-1080p-mov-ktr/

http://adultddl.ws/2011/10/15/x-art-11-10-14-carmen-late-night-xxx-1080p-mov-ktr/

http://adultddl.ws/2011/10/12/x-art-11-10-10-caprice-and-erica-morning-lovers-xxx-1080p-mov-sexors/

http://adultddl.ws/2011/07/27/x-art-11-07-27-erica-and-stacy-her-first-threesome-xxx-1080p-mov-sexors/

http://adultddl.ws/2011/07/26/x-art-11-06-24-caprice-fucking-perfection-xxx-1080p-mov-sexors/

http://adultddl.ws/2011/07/26/x-art-11-07-20-silvie-perfect-lovers-xxx-1080p-mov-sexors/

http://adultddl.ws/2011/07/26/x-art-11-06-03-mary-pure-passion-xxx-1080p-mov-sexors/

http://adultddl.ws/2011/07/26/x-art-11-07-15-caprice-and-sunshine-the-spanish-garden-xxx-1080p-mov-sexors/

http://adultddl.ws/2011/07/26/x-art-11-07-22-caprice-and-gabriella-come-to-me-xxx-1080p-mov-sexors/

http://adultddl.ws/2011/07/26/x-art-11-06-29-marie-sexy-dance-xxx-1080p-mov-sexors/

http://adultddl.ws/2011/07/26/x-art-11-06-20-tatiana-the-voyeur-part-2-xxx-1080p-mov-sexors/

http://adultddl.ws/2011/07/26/x-art-11-05-30-francesca-caprice-and-tiffany-three-in-the-morning-xxx-1080p-mov-sexors/

http://adultddl.ws/2011/07/26/x-art-11-06-10-katherine-just-for-you-xxx-1080p-mov-sexors/

http://adultddl.ws/2011/07/26/x-art-11-05-27-mia-sex-love-and-happiness-xxx-1080p-mov-sexors/

http://adultddl.ws/2011/05/26/x-art-11-05-23-leila-blue-dream-xxx-1080p-mov-sexors/

http://adultddl.ws/2011/05/21/x-art-11-05-06-katka-two-into-one-xxx-720p-wmv-sexors/

http://adultddl.ws/2011/05/19/x-art-11-05-18-victoria-and-melanie-every-mans-desire-xxx-1080p-mov-sexors/

http://adultddl.ws/2011/04/23/x-art-11-04-20-caprice-once-we-kiss-xxx-1080p-mov-iak/

http://bitsnoop.com/x-art-com-12-09-27-maya-photo-fanta-q40517579.html

http://bitsnoop.com/search/all/x+art+photo+fantasy/c/d/1/

http://www.filestube.com/x/x+art+photo+fantasy+540

http://www.filestube.com/p/photo+fantasy+x+art+com

http://www.filestube.com/p/photo+fantasy+x+art+maya

http://www.filestube.com/x/x+art+maya+photo+fantasy

http://kat.ph/x-art-com-maya-photo-fantasy-new-28-september-2012-imageset-p4l-t6694210.html

http://kat.ph/search/maya%20photo%20fantasy/

http://www.torlock.com/torrent/1884957/x-art-photo-fantasy-maya.html

http://bitsnoop.com/x-art-maya-photo-fantasy-28-09-12-q40520135.html

http://bitsnoop.com/x-art-maya-photo-fantasy-28-09-12-q40506067.html

http://bitsnoop.com/x-art-maya-photo-fantasy-28-09-12-1-q40506790.html

http://bitsnoop.com/x-art-maya-photo-fantasy-28-09-12-7-q40508459.html

http://bitsnoop.com/x-art-maya-photo-fantasy-q40565318.html

http://bitsnoop.com/x-art-three-for-the-show-leila-720p-q40421022.html

http://bitsnoop.com/x-art-russian-invasion-grace-linsay-q40487000.html

http://bitsnoop.com/x-art-underwater-lover-silvie-kayle-q40307272.html

http://bitsnoop.com/x-art-miss-perfect-anneli-720p-mov-q40513221.html

http://bitsnoop.com/x-art-russian-invasion-grace-linsay-q40489188.html

http://bitsnoop.com/x-art-cindy-morning-memories-540-q40114048.html

http://bitsnoop.com/x-art-miss-perfect-anneli-1080p-mov-q40510756.html

http://bitsnoop.com/x-art-three-for-the-show-leila-1080-q40426925.html

http://bitsnoop.com/x-art-in-bed-kristen-1080p-mov-q40382843.html

http://bitsnoop.com/x-art-12-09-13-grace-amazing-grace-q40207507.html

http://bitsnoop.com/x-art-anneli-miss-perfect-q40520134.html

http://bitsnoop.com/x-art-house-of-the-rising-sun-jessi-q40074481.html

http://bitsnoop.com/x-art-tiffany-sex-with-a-supermodel-q40535403.html

http://bitsnoop.com/x-art-gianna-q40331696.html

http://bitsnoop.com/x-art-classic-beauty-silvie-1080p-m-q40162989.html

http://bitsnoop.com/anneli-miss-perfect-x-art-2012-hd-q40508332.html

http://bitsnoop.com/x-art-gianna-new-24-september-2012-q40413010.html

http://bitsnoop.com/x-art-grace-amazing-grace-q40349362.html

http://bitsnoop.com/x-art-grace-q40213218.html

http://bitsnoop.com/x-art-leila-q40417723.html

http://bitsnoop.com/x-art-grace-linsay-nastia-russian-i-q40526846.html

http://bitsnoop.com/x-art-gianna-black-lace-bliss-septe-q40406266.html

http://bitsnoop.com/x-art-morning-memories-cindy-1080p-q40118767.html

http://bitsnoop.com/x-art-mia-love-sex-and-happiness-10-q40375820.html

http://bitsnoop.com/x-art-leila-q40417722.html

http://bitsnoop.com/anneli-miss-perfect-x-art-2012-full-q40508349.html

http://bitsnoop.com/x-art-ruby-summer-love-1080p-mov-q40395406.html

http://bitsnoop.com/x-art-stacy-erica-and-angelo-her-fi-q40406612.html

http://bitsnoop.com/x-art-leila-q40417721.html

http://bitsnoop.com/x-art-mary-and-ariel-perfect-togeth-q40284530.html

http://bitsnoop.com/x-art-leila-sex-on-the-beach-1080p-q40510467.html

http://bitsnoop.com/x-art-anneli-miss-perfect-1080p-hd-q40509102.html

http://bitsnoop.com/x-art-erica-dp-double-pleasure-1080-q40361104.html

http://bitsnoop.com/x-art-abby-one-night-stand-q39716383.html

http://bitsnoop.com/leila-three-for-the-show-x-art-2012-q40417718.html

http://bitsnoop.com/x-art-12-09-19-gianna-black-lingeri-q40375815.html

http://bitsnoop.com/leila-three-for-the-show-x-art-2012-q40417949.html

http://bitsnoop.com/x-art-angel-little-lover-q40137014.html

http://bitsnoop.com/x-art-roberta-brazilian-beauty-q40577626.html

http://bitsnoop.com/x-art-leila-three-for-the-show-q40385517.html

http://bitsnoop.com/x-art-sex-with-a-supermodel-mp4-q40515490.html

http://bitsnoop.com/x-art-angel-and-caprice-girls-night-q39716531.html

http://bitsnoop.com/x-art-leila-three-for-the-show-new-q40440555.html

http://bitsnoop.com/x-art-kristen-in-bed-new-22-septemb-q40399600.html

http://bitsnoop.com/kristen-in-bed-x-art-2012-hd-q40374540.html

http://bitsnoop.com/x-art-connie-lovers-in-paradise-108-q40258361.html

http://bitsnoop.com/x-art-avril-hot-young-xxx-1080p-por-q40290142.html

http://bitsnoop.com/leila-three-for-the-show-x-art-hdri-q40432858.html

http://bitsnoop.com/x-art-underwater-lover-silvie-kayle-q40383149.html

http://bitsnoop.com/x-art-gianna-black-lace-bliss-q40365938.html

http://bitsnoop.com/x-art-anneli-miss-perfect-q40509100.html

http://bitsnoop.com/kristen-in-bed-x-art-2012-fullhd-q40374882.html

http://bitsnoop.com/x-art-leila-three-for-the-show-new-q40450531.html

http://bitsnoop.com/grace-linsay-nastia-russian-invasio-q40483005.html

http://bitsnoop.com/x-art-susie-angie-dream-xxx-1080p-p-q40299792.html

http://bitsnoop.com/x-art-stefanie-suzie-sapphic-experi-q40299791.html

http://bitsnoop.com/x-art-addison-positively-in-love-xx-q40290138.html

http://bitsnoop.com/x-art-12-09-10-cindy-morning-memori-q40207518.html

http://bitsnoop.com/x-art-leila-540p-new-23-september-2-q40420569.html

http://bitsnoop.com/x-art-leila-yoga-in-the-sky-xxx-108-q40298877.html

http://bitsnoop.com/x-art-cindy-q40132752.html

http://bitsnoop.com/x-art-underwater-lover-silvie-kayle-q40560519.html

http://bitsnoop.com/x-art-grace-samantha-sneak-n-peak-x-q40290251.html

http://bitsnoop.com/x-art-com-12-09-08-cindy-and-tyler-q40082226.html

http://bitsnoop.com/jessie-house-of-the-rising-sun-x-ar-q40043412.html

http://bitsnoop.com/x-art-ariel-red-hot-ariel-q40385626.html

http://bitsnoop.com/x-art-anneli-miss-perfect-720p-hd-q40509101.html

http://bitsnoop.com/x-art-12-09-21-kristen-in-bed-xxx-1-q40375813.html

http://bitsnoop.com/kristen-in-bed-x-art-2012e-q40375371.html

http://bitsnoop.com/x-art-com-12-09-14-ariel-red-hot-ar-q40220341.html

http://bitsnoop.com/x-art-silvie-classic-beauty-1080-q40176175.html

http://bitsnoop.com/x-art-cindy-morning-memories-720p-m-q40118930.html

http://bitsnoop.com/x-art-com-12-09-25-anneli-miss-perf-q40483006.html

http://bitsnoop.com/x-art-maya-backstage-xxx-1080p-porn-q40298878.html

http://bitsnoop.com/x-art-silvie-ariel-good-vibrations-q40298879.html

http://bitsnoop.com/x-art-grace-pure-grace-xxx-1080p-po-q40290249.html

http://bitsnoop.com/x-art-12-09-11-silvie-classic-beaut-q40207520.html

http://bitsnoop.com/x-art-leila-q33357895.html

http://bitsnoop.com/x-art-hayden-bree-sunday-afternoon-q40298869.html

http://bitsnoop.com/x-art-ivy-wet-dream-xxx-1080p-porna-q40298876.html

http://bitsnoop.com/x-art-12-09-17-silvie-and-kaylee-un-q40288987.html

http://bitsnoop.com/x-art-12-09-10-cindy-morning-memori-q40230545.html

http://bitsnoop.com/x-art-hq-young-teen-collection-q40553652.html

http://bitsnoop.com/x-art-bree-on-my-own-xxx-1080p-porn-q40290253.html

http://bitsnoop.com/x-art-bree-on-my-own-xxx-1080p-porn-q40290253.html

http://bitsnoop.com/x-art-hayden-pink-orgasm-xxx-1080p-q40298868.html

http://bitsnoop.com/x-art-angel-caprice-girls-night-108-q40290140.html

http://bitsnoop.com/x-art-silvie-classic-beauty-new-14-q40226301.html

http://bitsnoop.com/x-art-grace-angelic-xxx-1080p-porna-q40290259.html

http://bitsnoop.com/x-art-avril-keira-come-to-my-window-q40290143.html

http://bitsnoop.com/jessie-house-of-the-rising-sun-x-ar-q40047167.html

http://bitsnoop.com/x-art-reese-soft-touch-q40505425.html

http://bitsnoop.com/x-art-silvie-transcendence-xxx-1080-q40298880.html

http://bitsnoop.com/x-art-gianna-black-lace-bliss-q40384796.html

http://bitsnoop.com/%E5%9B%8D-sexinsex-x-art-in-bed-kristen-q40502113.html

http://bitsnoop.com/x-art-12-09-10-cindy-morning-memori-q40256338.html

http://bitsnoop.com/x-art-jessie-house-of-the-rising-su-q40050651.html

http://bitsnoop.com/x-art-2012-09-14-ariel-red-hot-arie-q40231925.html

http://isohunt.com/torrent_details/415979169/?tab=summary#.UGkEk03A-Nk

http://isohunt.com/torrent_details/415983677/?tab=summary#.UGkElU3A-Nk

http://isohunt.com/torrent_details/416444617/x-art?tab=comments#.UGkEl03A-Nk

http://www.filestube.com/d/download+photo+fantasy+x+art

http://www.filestube.com/x/x+art+photo+fantasy+maya+1080

http://www.filestube.com/m/maya+photo+fantasy+x+art

http://torrentz.eu/xa/x-art+Maya+Photo+Fantasy-q

http://torrentz.cd/e8288dc8353adab9406fb36227d15266a0706e07/X-Art.com-12.09.26.Maya.Photo.Fantasy.XXX.IMAGESET-FuGLi.torrent

http://www.filestube.com/p/photo+fantasy+x+art+720

http://www.torrentroom.com/torrent/4130270-X-Art-Photo-Fantasy-Maya-1080p-mov.html

http://torrentz.eu/aed5fc52ff899d5cf7fd2027c6687a6338b5f1c4

http://kat.ph/search/maya%20%22photo%20fantasy%22/

http://www.filestube.com/d/download+fantasy+photo+x+art

http://www.filestube.com/m/maya+x+art+photo+fantasy

http://isohunt.com/torrent_details/415983677/?tab=comments#.UGkFA03A-Nk

http://bitsnoop.com/search/all/x-art+maya+photo+fantasy/c/d/1/

http://bitsnoop.com/blake-%E8%8D%89%E6%A6%B4%E7%A4%BE%E5%8C%BA-x-art-photo-fantasy-maya-q40590521.html

http://www.torrentbit.net/torrent/2324450/X-Art%20-Maya%20(Photo%20Fantasy%20/%2028.09.12)/

http://kat.ph/search/photo%20fantasy%20%20%20maya/

http://torrentz.eu/f28ad73672b8c55aaa99d9b2c9b0a29f833eae64

http://torrentz.eu/ph/photo.x.art-q

http://www.legendarydevils.com/misc/80218853-x-art-photo-fantasy-maya-720p-1080p-hd-video.html

http://isohunt.com/torrent_details/408889673/?tab=summary#.UGkFnU3A-Nk

http://kat.ph/x-art-russian-invasion-grace-linsay-nastia-720p-mov-t6690256.html

http://thepiratebay.se/torrent/7673694/[X-Art]_Grace__Linsay__Nastia_(Russian_Invasion___26.09.12)

http://www.filestube.com/x/x+art+russian+invasion

http://torrentz.cd/c165943b5755b5c93fd2b3c55005433370c42107/X-Art.-12.08.26.Grace.Russian.Invasion.XXX.IMAGESET-FuGLi.torrent

http://desibbrg.com/forums/showthread.php?p=1209478

http://torrentz.eu/xa/xart+russian+invasion-q

http://torrentz.eu/xa/x+art+1080p+russian+invasion-q

http://torrentz.eu/xa/x+art+grace-linsay-nastia-russian-invasion-video-q

http://www.torrentbit.net/torrent/2323265/X-Art%20-%20Russian%20Invasion%20-%20Grace,%20Linsay,%20Nastia%20[1080p].mov/

http://kat.ph/search/x%20art%20russian%20invasion%20grace/

http://kat.ph/grace-linsay-nastia-russian-invasion-x-art-2012-t6689407.html

http://kat.ph/search/x%20art%20russian%20invasion%20grace,linsay,nastia/

http://kat.ph/search/x%20art%20%20%20russian%20invasion%20%20%20grace,%20linsay,%20nastia/

http://kat.ph/search/russian%20invasion%E3%80%80x%20art/

http://kat.ph/search/russian%20invasion%20(x%20art)/

http://kat.ph/search/x%20art%20%20%20grace%20linsay%20nastia%20%20%20russian%20invasion/

http://kat.ph/search/x%20art%20%20%20russian%20invasion/

http://extratorrent.com/torrent/2814811/X-Art+-+Russian+Invasion+-
+Grace,+Linsay,+Nastia+[720p].mov.html

http://extratorrent.com/torrent_download/2815007/X-Art+-+Russian+Invasion+-
+Grace,+Linsay,+Nastia+[1080p].mov.torrent

http://extratorrent.com/torrent_download/2814811/X-Art+-+Russian+Invasion+-
+Grace,+Linsay,+Nastia+[720p].mov.torrent

http://extratorrent.com/torrent/2814536/Grace,+Linsay,+Nastia+-+Russian+Invasion+(X-Art)+-2012.html

http://kat.ph/search/art%20x%20russian%20invasion/

http://kat.ph/search/russian%20invasion/

http://isohunt.com/torrent_details/415561189/russian?tab=comments#.UGkH4U3A-Nk

http://isohunt.com/torrent_details/415591429/?tab=summary#.UGkH303A-Nk

http://extratorrent.com/torrent_download/2814536/Grace,+Linsay,+Nastia+-+Russian+Invasion+(X-Art)+-
2012.torrent

http://extratorrent.com/torrent_files/2782308/X-Art._12.08.26.Grace.Russian.Invasion.XXX.IMAGESET-
FuGLi.html

http://www.filestube.com/x/x+art+russian+invasion+grace

http://isohunt.com/torrent_details/408889673/?tab=comments#.UGkIIU3A-Nk

http://extratorrent.com/torrent_files/2814398/X-Art+-+Grace,+Linsay,+Nastia+(Russian+Invasion+-
+26.09.12).html

http://kat.ph/search/grace,%20linsay,%20nastia%20russian%20invasion/

http://thepiratebay.se/torrent/7675482/

http://torrentz.cd/fd57388bacaec659c54aeb7c23673fc74b3179b0/Grace-Linsay-Nastia-Russian-Invasion-X-
Art-2012.torrent

http://torrentz.eu/xa/X-Art+-+Russian+Invasion+-+Grace,+Linsay,+Nastia+%5B1080p%5D.mov+in+Video-q

http://www.torrentbit.net/torrent/2322906/Grace,%20Linsay,%20Nastia%20-%20Russian%20Invasion%20(X-
Art)%20-2012/

http://www.legendarydevils.com/addict/80214593-x-art-grace-linsay-nastia-russian-invasion-sept-26-2012-
oron.html

http://www.torrenthound.com/hash/fd57388bacaec659c54aeb7c23673fc74b3179b0/torrent-info/Grace,-
Linsay,-Nastia--Russian-Invasion-X-Art--2012

http://torrentz.eu/fd57388bacaec659c54aeb7c23673fc74b3179b0

http://thepiratebay.se/torrent/7680888/

http://www.legendarydevils.com/misc/80214521-x-art-russian-invasion-grace-linsay-nastia-720p-1080p-hd.html#post14933330

http://isohunt.com/torrent_details/415591429/?tab=comments#.UGkIfU3A-Nk

http://kat.ph/search/nastia%20russian%20invasion/

http://www.filestube.com/x/x+art+russian+invasion+540p

http://www.filestube.com/x/x+art+art+russian+invasion

http://www.filestube.com/r/russian+invasion+nastia

http://www.filestube.com/r/russian+invasion+x+art+540p

http://www.filestube.com/x/x+art+russian+invasion+lrg

http://www.filestube.com/rapidshare/x+art+russian+invasion

http://www.filestube.com/x/x+art+russian+invasion+720p

http://extratorrent.com/torrent_download/2814398/X-Art+-+Grace,+Linsay,+Nastia+(Russian+Invasion+-+26.09.12).torrent

http://extratorrent.com/torrent_trackers/2814402/[1080p]+X-Art+-+Grace,+Linsay,+Nastia+(Russian+Invasion+-+26.09.12).html

http://kat.ph/x-art-grace-linsay-and-nastia-t6695149.html

http://www.filestube.com/g/grace+linsay+nastia+russian+invasion

http://www.filestube.com/r/russian+invasion+grace

http://www.filestube.com/r/russian+invasion+xa

http://www.filestube.com/r/russian+invasion+art

http://www.torrenthound.com/hash/ba1c53153d81e81f3bc8ac3b05270d04b24b8aeb/torrent-info/-X-Art-Grace%252C-Linsay%252C-Nastia-Russian-Invasion--26-09-12-

http://torrentz.eu/search?f=file:x+art+russian+invasion

http://torrentz.eu/ru/russian+invasion+x-art-q

http://www.warez-home.net/porn-movies/191780-x-art-russian-invasion-grace-linsay.html

http://www.torrentfunk.com/torrent/4817534/x-art-grace-linsay-nastia-russian-invasion-720.html

http://torrentz.eu/xa/x-art.12.09.26.grace.linsay.and.nastia.russian.invasion-q

http://torrentz.eu/xa/X-Art.12.09.26.Grace.Linsay.And.Nastia.Russian.Invasion.XXX.1080p.MOV-KTR-q

http://www.filestube.com/g/grace+x+art

http://www.filestube.com/x/x+art+grace+linsay+russian+invasion

http://www.filestube.com/r/russian+invasion+grace+linsay+nastia

http://www.filestube.com/w/www+x+art+com+linsay

http://brokencontrollers.com/x-art-russian-invasion-grace-linsay-nastia-mov-t43017477.php

http://www.torrenthound.com/hash/87e124dd579b6577ee3a45c2eea8fc5c14b63d31/files