# X-Art Films on Torrent Sites
http://bitsnoop.com/search/all/x-art/c/d/1/



EXHIBIT 2

# X-Art Films on Torrent Sites

http://torrentz.eu/search?f=x-art/

# X-Art Films on Torrent Sites

http://isohunt.com/torrents/?ihq=x-art

