## CLARIFICATION OF ASSIGNMENT AGREEMENT

I, Brigham Field, being the sole author of the copyrighted works of authorship for the motion pictures listed below, and their U.S. Copyright Certificate of Registration numbers, for good and valuable consideration, receipt of which is hereby acknowledged, affirm that on February 8, 2011, I did sell, assign, transfer, convey, and deliver all of my right, title and interest in and to the copyrights for the motion pictures listed below exclusively to Malibu Media, LLC, a limited liability company organized and existing under the laws of the State of California which I own with my wife Colette Pelissier Field. This assignment includes all right[s], title and interest in and to the copyrights, including, but not limited to, each and every one of the exclusive rights set forth in 17 U.S.C. §106, and any and all rights associated with a pending copyright application, registration, correction, amplification, or supplement thereto, filed with the U.S. Copyright Office, and all other rights I did then have, including any rights I may have in foreign countries, and including all of the rights I may have acquired in the future, and all of my moral rights, rights to attribution and integrity rights, as well as the right to sue for past, present and future infringement. The foregoing assignment clarifies and more accurately memorializes the terms of the February 8, 2011 oral assignment and supersedes and replaces the existing written assignment recorded with the United States Copyright Office on September 13, 2012.

Dated: December 5, 2012

By: _____
Brigham Field (Assignor)

By: _____
Malibu Media, LLC (Assignee)

## THE WORKS

1. Carlie Beautiful Blowjob
   Date of First Publication: November 11, 2011

2. Carlie Leila Strawberries and Wine
   Date of First Publication: November 18, 2011

3. Kat Translucence
   Date of First Publication: November 19, 2011

4. Katka Cum Like Crazy
   Date of First Publication: November 21, 2011

5. Katka Sweet Surprise
   Date of First Publication: August 4, 2010

6. Kristen Girl Next Door
   Date of First Publication: August 25, 2010

7. Leila Sex On The Beach
   Date of First Publication: December 22, 2010

8. Megan Morning Bath
   Date of First Publication: February 12, 2010

9. Mina's Fantasy
   Date of First Publication: June 25, 2010

10. Tiffany Teenagers In Love
    Date of First Publication: December 29, 2010

11. Tori The Endless Orgasm
    Date of First Publication: December 20, 2010

12. Carlie Big Toy Orgasm
    Date of First Publication: March 22, 2010

13. Daddy's Office
    Date of First Publication: November 12, 2010

14. Girl In My Shower
    Date of First Publication: October 23, 2009

15. Jennifer Naughty Angel
    Date of First Publication: November 5, 2010

16. Leila Faye Awesome Threesome
    Date of First Publication: February 2, 2011