**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
-----------------------------------------------------------X
                                          :
MALIBU MEDIA, LLC,                        :
                                          :      Civil Action No. 2012-2078
                     Plaintiff,           :
                                          :      Consolidated from Cases:
            vs.                           :      2:12-cv-02078-MMB ×
                                          :      2:12-cv-02084-MMB File
JOHN DOES 1, 6, 13, 14, and 16,           :      5:12-cv-02088-MMB ×
                                          :
                     Defendants.          :
                                          :
-----------------------------------------------------------X
```

**FILED**

FEB 0 7 2013

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

**ORDER ON STIPULATION FOR DISMISSAL OF PLAINTIFF'S**
**CLAIMS AGAINST DEFENDANT JOHN DOE 6 WITH PREJUDICE**

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss Plaintiff's

Complaint against Defendant John Doe 6 With Prejudice, and the Court being duly advised in

the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Complaint against Defendant John Doe 6 is

hereby dismissed with prejudice.

SO ORDERED this _____ day of _____, 2013.

By: _____
UNITED STATES MAGISTRATE JUDGE